UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                               )<br>)<br>)<br>AURELIO CANO FLORES,              )<br>)<br>Defendant.                              ) | Misc. No. 13-142<br><br>**FILED**<br>FEB 2 2 2013<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### ORDER OF CONTEMPT OF COURT AS TO WITNESS MARIO QUINTERO LARA

The Court makes the following findings:

1. On January 25th, 2013, Mario Quintero Lara was subpoenaed to appear as a witness for the United States in the above-referenced matter, set for trial beginning February 11, 2013.

2. On February 20, 2013, prior to be called as a witness, Mario Quintero Lara filed a Motion to Quash the Subpoena citing his belief that any evidence he possessed was inadmissible, that First Amendment freedom of artistic expression concerns barred his testimony, and that his testimony would put him in danger and fear of reprisal. In so doing, Mr. Quintero Lara made it abundantly clear through counsel that he did not wish to testify, that he did not wish to assist the Government in any way, and that he would not voluntarily testify. The Government opposed the Motion. After a hearing on February 21, 2013, this Court denied the Motion to Quash.

3. Subsequently, on February 21, 2013, the Government called Quintero Lara to the stand for a *voir dire* and offer of proof regarding his possible testimony. After answering a few

1

   basic questions, he invoked his Fifth Amendment privilege and refused to answer further questions.

4. The Government orally moved to compel his testimony, asserting that he had no reasonable basis upon which to assert his Fifth Amendment privilege, that he had committed no crime of which the Government had knowledge beyond his refusal to testify, and that the scope of his intended testimony was so restricted that it could not reasonably be seen to invoke any Fifth Amendment concerns.

5. The Court requested abbreviated briefing and then held a hearing on the Motion to Compel, after which it ruled that Mario Quintero Lara had no reasonable basis upon which to assert his Fifth Amendment privilege, and issued an Order requiring him to respond to questioning.

6. Upon being recalled to the stand, Quintero Lara again refused to testify or answer questions, and after multiple warnings, this Court found him to be in contempt.

7. Pursuant to 28 U.S.C. Section 1826, the Court finds that Mario Quintero Lara, in a proceeding before a Court of the United States, refused without just cause to comply with an Order of Court requiring him to testify, and ORDERS that he be remanded to the custody of the U.S. Marshals and confined at a suitable place until such time as the witness is willing to give such testimony or until the Court proceedings regarding this case are concluded, whichever comes first.

2/22/13
Date

Hon. Barbara J. Rothstein
United States District Judge
District of Columbia