UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :   Miscellaneous Action
                               :   No. 13-142
                Petitioner     :
v.                             :   February 21, 2013
                               :
AURELIO CANO-FLORES,           :
                               :
                Respondent     :   9:11 a.m.
. . . . . . . . . . . . . . . . :  . . . . . . . . . . . .

                    TRANSCRIPT OF MOTION HEARING
            BEFORE THE HONORABLE BARBARA J. ROTHSTEIN
                    UNITED STATES DISTRICT JUDGE

   APPEARANCES:

    For the Petitioner:          DARRIN LEE MCCULLOUGH
                                 U.S. DEPARTMENT OF JUSTICE
                                 Narcotic and
                                 Dangerous Drug Section
                                 145 N Street, NE
                                 Second Floor, East Wing
                                 Washington, DC 20530
                                 (202) 616-2255


    For the Respondent:          RICHARD KEITH GILBERT
                                 LAW OFFICE OF
                                 RICHARD KEITH GILBERT
                                 601 Pennsylvania Avenue, NW
                                 Suite 900, South Building
                                 Washington, DC 20004
                                 (202) 898-0857

                                 KRISTEN GRIM HUGHES
                                 1390 Chain Bridge Road
                                 Suite 530
                                 McLean, VA 22101
                                 (703) 798-4444

    For the Interested Party     JEREMY D. WARREN
    Mario Quintero-Lara:         105 West F Street
                                 Fourth Floor
                                 San Diego, CA 92101
                                 (619) 234-4433

Court Reporter:                REBECCA STONESTREET, RPR, CRR
                                          Official Court Reporter
                                          Room 6511, U.S. Courthouse
                                          Washington, D.C.  20001
                                          (202) 354-3249


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

# C O N T E N T S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| MARIO QUINTERO-LARA | | | | |
| By Mr. McCullough | 36 | -- | -- | -- |

# E X H I B I T S

| NUMBER | ADMITTED |
|--------|----------|

(NO EXHIBITS MOVED INTO EVIDENCE.)

1                    **P R O C E E D I N G S**

2          THE COURT:  Good morning, all.

3          COURTROOM CLERK:  Would new counsel in this case please

4     come forward and enter your appearance for the record.

5          MR. WARREN:  Good morning, Your Honor.  My name is

6     Jeremy Warren and I'm here on behalf of Mario Quintero, who has

7     been identified as a witness.

8          THE COURT:  Good morning, Mr. Warren.

9          MR. GRIMM:  Good morning, Your Honor.  Bernard Grimm.

10    I filed the motion to admit Mr. Warren pro hac vice, which --

11         THE COURT:  The Court has granted.

12         MR. GRIMM:  The Court has signed.  And when I get

13    orders granting my motions in this courthouse, I hold on to

14    them.

15         THE COURT:  Well, file them, too.  Don't just hold it.

16         MR. GRIMM:  That's a big part of it.  Your Honor, is

17    the Court going to need my presence throughout this hearing?  I

18    have another matter in Virginia this morning.

19         THE COURT:  I realize this has come up rather quickly,

20    Mr. Grimm, and I think Mr. Warren looks perfectly capable of

21    carrying on.  So you are excused.

22         MR. GRIMM:  Thank you, Your Honor.

23         MR. WARREN:  Thank you, Your Honor.

24         THE COURT:  All right.  Mr. McCullough, do you want to

25    put us on the record?  Are you handling this matter?

1          MR. MCCULLOUGH:  I am, Your Honor.

2          THE COURT:  I have received a copy of the motion to

3    quash, and the government's response.

4          MR. MCCULLOUGH:  Yes, Your Honor.  We didn't have a

5    whole lot of time to get into the issues.  I filed something

6    rather late last night, but...

7          THE COURT:  The Court hasn't had a whole lot of time to

8    read either of the briefs, but I have read what you filed.

9    There seems to be -- well, let's go ahead.

10         MR. MCCULLOUGH:  Your Honor, the situation before the

11   Court is somewhat unique, although there are broad legal

12   principles that I think indisputably apply to the evidentiary

13   rules that we're facing, which is really the core issue here, is

14   the rules of evidence and how they apply to two pieces of

15   evidence.

16         Mr. Mario Quintero-Lara, who is seated in the first row

17   of the courtroom, is the leader of a band called Los Tucanes de

18   Tijuana, which is a Northern Mexican music band.  They're very,

19   very popular; they do big concerts; they sell out wherever they

20   go.  They're a very popular band.  A large component of what

21   they do is these narco corridos, which we heard testimony

22   already about from Mr. Hinojosa, and which Your Honor I'm sure

23   has become somewhat aware of by virtue of the various pleadings

24   in this matter that we've filed.

25         THE COURT:  I want to make sure I'm not missing

1    something.  Has anywhere a copy of the ballad that we're talking

2    about been filed in this case?

3         MR. MCCULLOUGH:  It has not been filed.  We have a

4    copy.  We've been waiting until we had an evidentiary ruling

5    that allowed us to do something with it, but --

6         THE COURT:  I just wanted to make sure I hadn't missed

7    it.

8         MR. MCCULLOUGH:  No, you have not.  I have a copy, if

9    Your Honor would like to see it at this point.

10         THE COURT:  Well, let's keep going and tell me how

11    we're going to proceed this morning, and I'll see when I need to

12    look at it.  Okay?

13         MR. MCCULLOUGH:  Okay.  He's written these narco

14    corridos, and he's written them for a fair number of people that

15    are charged in our indictment, frankly, as well as a number of

16    people who are associated with the Sinaloa cartel.  They are

17    fairly graphic songs that detail the history of the person for

18    whom the narco corrido is written, talking about their

19    involvement, usually with guns, drug trafficking, money, things

20    like that.  They are broadly equivalent to what is sometimes

21    referred to as gangster rap, where a song is written which

22    glorifies both the person and the lifestyle.  The songs are, as

23    I said, wildly popular.

24         He wrote a song called "El Yanqui."

25         THE COURT:  Called?

1          MR. MCCULLOUGH:  "El Yanqui," as in The Yankee.  The

2     song was commissioned by Metro Tres, and the telephone call

3     between Metro Tres and Mr. Quintero where the commissioning of

4     the song took place was intercepted over our wire.  And in fact,

5     we have approximately 80 conversations over a 10-month period

6     between Mr. Quintero-Lara and Metro Tres, a high-ranking member

7     of the Gulf Cartel.

8          There are clear references in those conversations to

9     Mr. Quintero having been at places where Cuarenta 40, 42,

10    Gabby Sierra (ph) -- those are the names that came up in the

11    context of the calls, all leadership of the Gulf Cartel.  And in

12    fact, Mr. Quintero-Lara's motion to quash makes reference to the

13    fact that he's in a very dangerous business.  I do not contend

14    that he has done anything which is illegal.  I think he's

15    perhaps guilty of extraordinarily bad judgment in who he

16    associates with, but that is not a crime.

17          But what we've got is two pieces of evidence.  We've

18    got a narco corrido that tells the story of Aurelio Cano-Flores,

19    and in the telephone call that we have between Metro Tres and

20    Mr. Quintero-Lara, Metro Tres says, "I want you to write a narco

21    corrido about Yanqui."  And he says, "Yanqui?  Is that the guy I

22    met?"  And he says, "Yes, Aurelio Cano-Flores," and identifies

23    him by name.  So we know we're talking about the same

24    individual.

25          There's been a number of calls between Metro Tres and

1    Mr. Quintero where they discuss the progress of the narco

2    corrido, and Mr. Quintero is saying, "I haven't received the

3    information yet," and then Metro Tres says, "Well, I'm going to

4    send it to you or fax it to you," or, "I'll send it with my

5    guy," something like that.  And then there is a conversation

6    where apparently the narco corrido has been substantially

7    completed, and they're discussing whether or not it's going to

8    be recorded, and Mr. Quintero essentially says, "Before I can

9    record it, I have to have his permission."

10           Now, that lends itself to some very interesting

11   scenarios.  Clearly we know from the calls that Mr. Quintero and

12   Mr. Cano-Flores spoke, we believe that they met, and we have

13   reason to believe, based on the telephone conversations and the

14   statements of Mr. Quintero, that Mr. Cano-Flores did one of two

15   things:  That either he provided information that was used to

16   write the narco corrido, or the narco corrido was written, and

17   as Mr. Hinojosa suggested was the way it was handled, it was

18   then submitted to him for review and approval before it could be

19   published out to the world.

20           Now, under either scenario, that would make it either

21   an admission or an adopted admission.  If he reviewed it after

22   the fact, we would contend that it's an adopted admission.

23           At this point, if I can, I'll just proffer it.  We can

24   get into this as we need to.  The song, "El Yanqui," talks about

25   how he was a very respected commander and powerful in the

 1    government, recognized by the cartels as a dangerous agent; the

 2    PGR, which you'll recall is the attorney general's office, was

 3    his pride, and the mafioso were his enemies.  And the refrain

 4    is:  "Gentlemen, here comes El Yanqui with his squad.  Ready

 5    your weapons to receive him.  The commanders would say to their

 6    hit men, 'The time has come for us to have some fun.'  He

 7    doesn't want money, he prefers bullets; we're going to give him

 8    his donation."

 9         And then it changes in the second half and it says,

10    "Sooner or later things change.  That's how it is in every

11    profession.  The commander left the government; he couldn't

12    withstand the narco pressures, and he preferred to change sides.

13    Now the narcos are his bosses.  He earns money, he has a good

14    rank, he is a very important member.  The company has recruited

15    him.  El Yanqui is a commander again, but he still carries his

16    big guns, and now it's in the service to the traffickers.  Now

17    the law is looking everywhere for him, although they already

18    know where he is, but they can't lay hands on him because the

19    Ones of the Letter" - which we would contend would be the

20    Zetas - "take care of him.  El Yanqui continues in his dealings

21    with his women and in the thick of things."

22         So it's a rather biographical little ditty about

23    Mr. Cano-Flores, and the question is, to what degree did he

24    participate in it.  It's on YouTube, it has lots and lots of

25    hits.  It has lots and lots of hits in my office, where

1    everybody has watched it.  But it's a very popular video on

2    YouTube, and it's hard to imagine a scenario where

3    Mr. Cano-Flores would allow this to be out there if he were not

4    complicit in what it says.

5          So the question then becomes:  Does Mr. Quintero-Lara

6    have in his possession what is tantamount to a confession or an

7    admission?  Now, we asked Mr. Quintero-Lara to discuss this with

8    us outside of the courtroom prior to trial.  We were just

9    exploring various options.  We wanted to find out what he had to

10   say for himself, and he refused to meet with us.

11         And I will say very clearly on the record, he has

12   refused to cooperate with the government in any way, shape, or

13   form, other than appearing here under subpoena.  He did request

14   a subpoena; we served him a subpoena.  He elected not to have

15   the United States government pay for his travel.  He insisted on

16   paying for his own travel.  So he has in no way, shape, or form

17   cooperated with us, and I do not want to suggest on the record

18   or for any other purpose that he is cooperating, collaborating,

19   or doing anything other than making my life difficult.  But he

20   may have information that's valuable, and I believe the

21   appropriate way to handle it in this context is to voir dire the

22   witness as an offer of proof, find out what his answers are.

23         Because either one of two things is going to happen.

24   Either he's going to lay the evidentiary foundation for the

25   admission of, not even necessarily the song -- the song, while

1    it's interesting and sort of fun as a piece of potential

2    evidence, the evidence is really not the song itself, it's the

3    lyrics and to what degree the lyrics were composed with

4    information that was given to the witness, the statements that

5    were given to him by the witness that would support the lyrics.

6         Now, Mr. Quintero-Lara has raised a couple of issues.

7    First of all he says the information is either too prejudicial

8    or not admissible at all.  I think that's a determination that

9    can't be made without an offer of proof, because either it is

10   admissible or it's not.  The law is pretty clear on what

11   constitutes adopted admissions under the rules of evidence, and

12   either it is or it isn't.

13        The second issue he raised was that investigating this

14   song by this method would have a chilling effect on

15   Mr. Quintero-Lara's freedom of expression.  And there's not any

16   case law for that, and I don't intend to dwell on that unless

17   the Court feels like having a First Amendment debate.

18        THE COURT:  No, I'll wait to hear from the other side

19   about that, but I wouldn't spend too much time on that.

20        MR. MCCULLOUGH:  We actually raised that issue briefly

21   in our somewhat limited filing from last night.

22        And finally, he says that his testimony will put him in

23   danger, and for that reason he should be allowed not to testify.

24   And I gave the Court a rather lengthy string cite which I think

25   touched upon virtually every circuit, for the basic proposition,

1    both in court and in grand jury, that a simple fear of

2    testifying because of fear of reprisal is not a sufficient

3    justification for refusal to testify.

4          I am certainly -- in his motion he sets forth, I think,

5    fairly accurate statements about the dangers of his profession.

6    And the fact that he is on a first-name basis with so many

7    members of the leaders of the Gulf Cartel is probably a

8    dangerous position to be in.  But he also states in articles

9    that have been in the public media that he makes 80 percent of

10   his income by singing narco corrido.  He is not apologetic for

11   them at all; he simply takes the position that they are not

12   endorsements of that lifestyle, they are simply recitations of

13   it.  Be that as it may.

14         But we have articles where he's been quoted as saying

15   this thing, we have photographs of him that have appeared in

16   various publications posing with leaders of various cartels.  So

17   the lifestyle choices he's made are what have put him in this

18   position, and while we're sympathetic, we're not going to allow

19   that to stop the inquiry.

20         So we believe the proper procedure would be to put

21   Mr. Quintero-Lara on the stand and do a limited voir dire for

22   the purpose of establishing whether or not an evidentiary

23   foundation exists for the admission of the admission, if there

24   is one.  And then, if we have to actually put him on the stand,

25   his examination would perhaps be more lengthy.  Because we

1   believe he has actually played at parties hosted by the

2   Gulf Cartel where Mr. Cano-Flores may have been present; we

3   believe he knows him, and he would want to explore those issues

4   further.  But we're not going to do any of that unless we

5   achieve the evidentiary foundation we think is a requisite to

6   going down this road at all.

7        THE COURT:  Okay.  Let me just sort of narrow the issue

8   a little before I hear from Mr. Warren.  You've made sort of two

9   claims about admissions.  One would be whether Mr. Cano-Flores

10  saw the song and approved it, or...

11       MR. MCCULLOUGH:  That would be an adopted admission.  I

12  do have some case law on that that I can cite, but that would be

13  one theory, yes, Your Honor.

14       THE COURT:  Or whether he heard it afterward, and what

15  other --

16       MR. MCCULLOUGH:  No, one would be that he heard it

17  after it was composed, and that would be an adopted admission of

18  the lyrics.  The other theory would be that at some point prior

19  to the time it was finalized and recorded, he either sat down

20  with Mr. Quintero-Lara or spoke with him by telephone and

21  provided him the biographical information that was used to

22  compose it.

23       THE COURT:  Okay.  Let me just say, the fact that it

24  was on YouTube doesn't get you anywhere, because we all know

25  that there are things on YouTube that people who are featured in

1      them would love to take back and keep off YouTube.  But you

2      would have to go to many extremes to show that in fact

3      Mr. Cano-Flores could have gotten it off YouTube and didn't, and

4      I --

5              MR. MCCULLOUGH:  I don't intend to try and make that

6      case.

7              THE COURT:  Okay.  Okay.  I just wanted to save you

8      some time, because --

9              MR. MCCULLOUGH:  No, we're not going to try and make

10     that case.  Now, the YouTube does establish beyond any doubt

11     that Mr. Quintero is the performer of the song, because there's

12     a video of him singing it.

13             THE COURT:  Yeah, I know.  But I don't think that's

14     going to be the issue.  YouTube would not be an adopted

15     admission, is what I'm saying.  You would have to get --

16             MR. MCCULLOUGH:  No, I don't intend to make that

17     argument.

18             THE COURT:  Okay.  Mr. Warren, I think you wanted to

19     address the Court, if I'm correct.

20             MR. WARREN:  Good morning.  Thank you very much,

21     Your Honor.  Let me start out by saying that with regard to the

22     timing of the motion to quash, we were not trying to take any

23     kind of tactical advantage or sandbag anybody.  What happened -

24     and we laid this out a little bit in our motion - was that there

25     were communications between the government and me on behalf

1   of --

2          THE COURT:  Hold on a minute.  Do you need him to go a

3   little slower?  No?  Okay.

4          MR. WARREN:  If you need me to go slower, I'll slow

5   down.

6          THE COURT:  No, I don't.  I was worried about the

7   interpreters.

8          MR. WARREN:  I appreciate that.  We have a lot of

9   interpreter matters in San Diego, as the Court can imagine.

10          Long story short, we were provided an itinerary which

11   led us to believe that a ticket was purchased for us to be here

12   on Monday, flying out this Sunday.  So we were preparing our

13   motion, we were going to get it in earlier this week to provide

14   to the Court, and the government - Mr. McCullough - contacted us

15   and said, "We'll see you tomorrow morning."  And so there was

16   some confusion - I'll put it that way - with regard to the

17   timing of his trip.

18          THE COURT:  I've had time to read your brief, I've read

19   the government's reply brief, and I'm ready to take the issues.

20   So don't worry about the timing.

21          MR. WARREN:  Thank you very much, Your Honor.

22          With regard to Los Tucanes and Mr. Quintero, I will

23   start out by saying, it is true he is the leader of this band.

24   It's something that he formed as a teenager; it's been his

25   career for more than 25 years; it's been, as we laid out in our

```
 1    motion, a big business.  It's 20 employees, including five band
 2    members.  Half of the people live down in Mexico, half of them
 3    live up here.  It's how he's raised his family.  He's a
 4    naturalized American citizen.  And he's an artist, and the fact
 5    that he's a successful artist is good for him, but it highlights
 6    the fact that he's not out there promoting a certain type of
 7    lifestyle.  Most of his songs -- I disagree with the government.
 8    Most of them are love ballads and that sort of thing.
 9         And although the Court doesn't want us to spend a lot
10    of time on the First Amendment concern, it is a concern here.
11    Because in all genres of arts, people deal with cutting edge
12    issues.  If you look at soap operas, if you look at hip hop
13    music, all through history, the type of art that's produced has
14    to do with violence, romance, all sorts of things.
15         And I find it unfortunate that the government wants to
16    imply that Mr. Quintero is out there promoting this particular
17    way of living.  It 's what people in Mexico are interested in.
18    There's a drug war going on, there have been tens of thousands
19    of people killed, and it's part - and I emphasize only a small
20    part - of what Mr. Quintero and his band are all about.
21         Your Honor, with regard to the specific legal issues
22    here, we're at a disadvantage with regard to the evidentiary
23    concerns.  I haven't sat through this trial, I don't know what
24    the state of the evidence is, and I frankly can't make the
25    hearsay or other evidentiary arguments for Mr. Cano.  He and his
```

1      attorney have to do that.

2           We do believe - and I proffer to the Court - that

3      Mr. Cano had nothing to do with the writing of this song.  This

4      song is based on hearsay for Mr. Quintero, meaning he was not

5      provided information by anybody within any cartel or anybody

6      else to provide the song.  This is information that was

7      generally available to the public.

8           And what takes time in writing a song is if you craft a

9      song well, it has to be artistic, it has to be poetic.  That's

10     why there were numerous communications, apparently, from this

11     Metro Tres gentleman to Mr. Quintero saying, "How is the song

12     going?  Is the song coming along?" And eventually the song was

13     produced.

14          But with regard to the hearsay objection, we do think

15     that the Court also has to consider not only hearsay, but

16     whether it should be admitted under 403 as to the prejudicial

17     dangers.  And again, it's not really our position to make this

18     objection, but I anticipate that before Mr. Quintero is placed

19     in a position that will put him in grave danger, the Court

20     should consider a little bit putting the cart before the horse

21     in considering ultimately whether this -- even if the government

22     position is correct, that Mr. Quintero was asked to write a song

23     and that he wrote a song, and that it contained lyrics similar

24     to what the government just proffered - and I agree, that's

25     basically an accurate interpretation of the song from Spanish to

1    English - what probative value that provides.

2         THE COURT:  Well, it depends.  It depends on the

3    context in which the song was written, and you yourself said,

4    who asked for it, who reviewed it, if anyone.  And I won't know

5    that until I hear.  So I don't know if you're addressing your

6    argument, am I even hearing a proffer, or to his testifying?

7         MR. WARREN:  Well, obviously my main concern is his

8    testimony.  And I certainly can proffer to the Court that he has

9    a very legitimate Fifth Amendment concern in this case, and --

10        THE COURT:  Fifth Amendment concern?

11        MR. WARREN:  Yes.

12        THE COURT:  What is his Fifth Amendment concern?

13        MR. WARREN:  Well, as I understand it, the government's

14   position in this case is that this so-called narco corrido is a

15   tool of the trade for people in cartels, that it's used to

16   promote --

17        THE COURT:  No, the government hasn't even remotely

18   suggested that, Mr. Warren.

19        MR. MCCULLOUGH:  We do not contend that, Judge.  We're

20   not trying to admit this as a co-conspirator statement or

21   something in furtherance of the conspiracy.  We recognize it for

22   what it is.  But there's not going to be a hearsay issue,

23   because he's going to take the stand and I'm going to ask him

24   questions; if he doesn't tell me what I know to be true, I'm

25   going to impeach him with it.  It's not even a hearsay issue.

1          MR. WARREN:  Well, I guess we can take that up at the

2    appropriate time.  But we do believe there are legitimate

3    Fifth Amendment concerns, and he may invoke the Fifth Amendment

4    if he is called as a witness.  We haven't reached that point yet

5    because we're still at the motion to quash the subpoena,

6    Your Honor.

7          THE COURT:  Well, if that's where we are, then I'm not

8    going to quash the subpoena.  I am going to hear a proffer.

9    Now, whether he testifies or not will depend on what he says

10   here, and once he says it, then I'll be in a position to weigh

11   the prejudicial value versus the probative value.  I can't do it

12   in a vacuum.  I have to hear at least what the value of his

13   testimony, if anything, is.  It will be a lot easier for me if I

14   hear his answers.

15         MR. WARREN:  I understand.  Your Honor, just briefly,

16   with regard to the First Amendment concern and the violence

17   concern, we recognize that, starting with the latter, that all

18   the court cases have said that violence and fear of retribution

19   is not a legitimate reason to refuse to testify.  It's relevant

20   for other matters.  But we recognize that, we've fronted that,

21   we've put that in our motion.

22         With regard to the First Amendment and the chilling

23   effect, there's no cases on point.  We cited case law in

24   relevant, related, analogous areas that indicate to the Court

25   that there's a balancing test that needs to be done.  You look

1    at cases involving obscenity, going back into the '50s and '60s

2    and other cases that we cited, where the court recognizes that

3    there's a concern.  That's what we're pointing out, that there's

4    a concern that enforcing certain regulations - for example, with

5    the obscenity and the pornography issue - but even with regard

6    to something like a subpoena, there's a concern that putting

7    someone in a position to have to reveal, in this context, the

8    artistic creative process could have a chilling effect on that

9    artist and other similarly situated individuals.

10          Why is this relevant?  Because when you look at

11   Rule 17(c), which has to do with the quashing of a subpoena, it

12   says that the court can quash a subpoena if it's oppressive or

13   unreasonable.  And that implies to me, Your Honor, a balancing

14   test.  A reasonable standard is a balancing test.  And the Court

15   has to look at how probative, what's the value of this testimony

16   if it's provided, versus what are the dangers, what's on the

17   other side of that.

18          Without getting too dramatic and getting too deep into

19   it, we know from the articles we attached to our motion, from

20   common sense, and from what everybody has heard, it is extremely

21   dangerous to be a musician in Mexico.  They're being killed

22   willy-nilly, for all reasons or no reasons, and for the smallest

23   of slights.  And for Mr. Quintero to be subpoenaed as a witness,

24   take the witness stand, called by the government, puts his life

25   in danger, puts his family's life in danger, puts his band's

1    life and crew members in danger.  There are 20 of them.

2          I ask the Court to weigh that, to weigh how oppressive

3    or reasonable it is to have him testify versus the value of the

4    proposed testimony.  Again, I don't know how strong the

5    government's case is.  If it's very strong, then this testimony

6    is really cumulative or unnecessary.  So I would ask the Court

7    to consider that and weigh that.

8          Again, Your Honor, I appreciate the consideration this

9    morning to quash the subpoena.

10          THE COURT:  As I've indicated, I have taken -- did you

11   want to add something, Mr. McCullough?

12          MR. MCCULLOUGH:  Nothing much more, Your Honor.  Just

13   briefly, the issue is not artistic freedom.  If OJ Simpson, for

14   example, sat down with Elton John and said, "I want you to write

15   a song about me, and by the way, I killed my wife," and

16   Elton John then wrote the song, I think Elton John is a

17   legitimate witness on the issue of a confession.  It's exactly

18   analogous.

19          We're not talking about his artistic freedom here.  He

20   can write songs about whoever he wants and say whatever he

21   wants.  But if in the process of doing that he obtains evidence

22   of a crime, then he risks becoming a witness.  And the

23   government contends that Cano-Flores committed the crimes, then

24   Metro Tres commissioned a song about them, and Mr. Quintero

25   decided to sing it.  So I don't really see this as being the

1    government's fault.

2          THE COURT:  Mr. Warren, I hear your arguments.  As I

3    indicated, I've read your brief, I even had a chance to look at

4    some of the cases cited therein, and I am denying the motion to

5    quash.  We will at least go as far as a proffer, and we will see

6    where we stand once the proffer is made and Mr. McCullough has

7    had a chance to talk to the witness, ask him some questions, and

8    give an offer of proof.  And I'm sure you'll renew some of your

9    arguments.  They may be a little more meaningful and persuasive

10   once I've heard something about what the witness has to say on

11   the matter.  Okay?

12         MR. WARREN:  Your Honor, with regard to the process,

13   are you suggesting that we put him on the witness stand right

14   now and have a preliminary hearing?  I'm just confused as to the

15   process.

16         THE COURT:  That's what I was thinking would take

17   place, that I would hear -- well, there is another way, now that

18   you ask.  I mean, I gather you haven't had a chance to talk to

19   the government because your motion to quash was pending.  If you

20   would prefer to do that before I put him on the stand, I'm

21   perfectly amenable to it.  I was ready to just put him on the

22   stand, have Mr. McCullough ask questions, and go from there.

23   And at some point I do believe, Mr. Gilbert, you may want to

24   jump in here.  I'm not sure when.  I assumed it would be after

25   the proffer.

1          MR. GILBERT:  Well, if Mr. Quintero gets on the stand

2     and testifies about how his song came to be and whether or not

3     my client ever approved it, I do believe that I would be

4     entitled to cross-examine on that issue.  Because at that point

5     you would be deciding the evidentiary basis - which I appreciate

6     the help from Mr. Warren, but that's my bucket of water to

7     carry - if and when you hear facts that would get us in that

8     neighborhood.

9          THE COURT:  And I assume you will not be shy and let me

10    know when you want to do your cross-examination, Mr. Gilbert.

11    I'm counting on that.

12          Let me ask you, Mr. McCullough.  There seems to be a

13    couple of layers here, one of which are the phone calls.  Were

14    you going to get into the phone calls?

15          MR. MCCULLOUGH:  Well, with regard to this witness --

16    because, again, I'm not contending he's a co-conspirator --

17          THE COURT:  Right.  I understand that.

18          MR. MCCULLOUGH:  -- so the phone calls would be only

19    for impeachment purposes.  Now, if I ask him a question - for

20    example, "Did Metro Tres commission you to write a narco corrido

21    about Aurelio Cano-Flores" - and he says, "no," then I will play

22    him the phone call as impeachment where it in fact occurs.

23          So I'm going to ask him questions and only impeach him

24    with those phone calls when I have to.

25          THE COURT:  Mr. Warren, come on back.  Did you want an

1    opportunity to meet with the government first before we put

2    Mr. Quintero on the stand?

3            MR. WARREN:  I would like an opportunity to talk to my

4    client briefly, Your Honor, and I can advise the Court at that

5    time.  I just need 30 seconds.

6            THE COURT:  30 seconds?  30 seconds, we won't take a

7    break.  If you need more than that, come back and tell me and

8    we'll take a break.  Okay?

9            MR. WARREN:  Okay.

10           MR. MCCULLOUGH:  There are two issues with him meeting

11   with the government.  We do want something under oath.  I think

12   he needs to be in a position where he's obligated to tell the

13   truth, because he has a very strong motive to deny, now that his

14   counsel has heard my evidentiary theory.  We do want him under

15   oath.  And I don't know how much English he speaks, which is the

16   other issue.

17           That's why the traditional method for doing this, at

18   least where I come from, is a voir dire of the witness to the

19   Court outside of the presence of the jury.  Which is how we're

20   prepared to proceed.  I'm happy to talk to Mr. Warren if he

21   wants to, but we're either going to swear him in front of an

22   agent or we're going to put him on the witness stand, or I'm not

23   going to accept him.

24           MR. WARREN:  Well, Your Honor, I don't need an

25   opportunity to talk to my client.  What I do want to raise with

1        the Court is the Fifth Amendment concern.  Your Honor, I didn't

2        get much of an opportunity to make it.  I think that if I make a

3        Fifth Amendment, if the Court wants a proffer with regard to the

4        Fifth Amendment, I think it should be ex parte.  I don't think

5        it should be for the government to participate in what, based on

6        my attorney-client communications --

7                THE COURT:  Well, but we all know that Fifth Amendment

8        concerns can be taken care of by the government giving an

9        assurance.  And if you're going to tell me ex parte, how can the

10       government possibly assure?  And if you wanted it in writing,

11       I'm sure they would give it to you in writing.

12               Because I know quite a bit about the case.  I've lived

13       with it a couple of weeks now.  They're not interested in your

14       client.  They're not interested in charging him as a

15       co-conspirator, they're not interested in charging him with

16       anything, they just want to know how the song came about.

17       They're concerned about tying it to Mr. Cano-Flores.  That's all

18       they care about.

19               So whatever your concerns are, I would think - and this

20       is another reason for counsel talking without me leading you

21       around, because you all know this as well as I do - that can be

22       taken care of.  Of course, if you tell me ex parte, then I'm

23       perfectly willing to listen to you ex parte.  You're not a party

24       in the case anyway, so I'm not even sure it's really ex parte.

25       But I think that the government might be willing to take care of

1    whatever your concerns are.

2            So if you tell me ex parte, I might urge you to go back

3    and tell the government, I mean, because you have to have a

4    valid Fifth Amendment claim here for him to assert it.

5            MR. MCCULLOUGH:  We do not contend and we are not aware

6    that he has committed any crime.

7            MR. WARREN:  I don't think that's the standard on the

8    Fifth Amendment.  I mean, only my client knows - and by

9    extension I know - what his concerns relate to.  And the fact

10   that the government says, "Well, we're not interested in

11   prosecuting someone with a crime," doesn't mean that the

12   person's statements might not have a tendency to provide

13   evidence that could be used to inculpate them.  That's the legal

14   standard.

15           THE COURT:  Inculpate them in what?

16           MR. MCCULLOUGH:  I thought he was just an artist.

17           MR. WARREN:  He is just an artist.  But there's a

18   concern here, and --

19           THE COURT:  Okay.  Do you want really to talk to the

20   Court ex parte about this?

21           MR. WARREN:  I think I can do it in a very brief

22   statement.

23           MR. MCCULLOUGH:  I have no objection; however, I do

24   object -- you can't simply take the Fifth as a way to avoid

25   testifying, when there's no legitimate basis for it.  That's the

1    government's position.

2            THE COURT:  We may need some more briefing.  Can you do

3    that alone, without your client?

4            MR. WARREN:  Yes.

5            THE COURT:  Why don't we do this, because I really

6    don't want to have everybody leave.  We have -- I don't know if

7    you have this in San Diego.  We don't in Washington, where I

8    come from.  We have this thing called a husher.

9            MR. WARREN:  The white noise.  Yes, we just got that in

10   San Diego, Your Honor.

11           THE COURT:  Big mistake.  Sorry, but it's not something

12   that --

13           MR. WARREN:  The first time I heard it, I thought there

14   was some problem with the sound system.

15           THE COURT:  Well, there usually is.  That's the problem

16   with the husher.  If you come up here and talk to me with the

17   husher on, nobody else will be able to hear it, and we won't

18   even need an interpreter.  You and I both speak English.  So why

19   don't you do that and make your proffer to me?  Would that work

20   with you?

21           MR. WARREN:  Yes.  Thank you, Your Honor.

22           (SEALED EX PARTE BENCH CONFERENCE ON THE RECORD.)

23   ████████████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████████











1　▮▮▮▮▮▮▮▮

2　　　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3　▮▮▮▮▮▮▮▮▮▮

4　　▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5　　　(END BENCH CONFERENCE.)

6　　　THE COURT:  After all of that, we're going to go ahead

7　with the proffer.  The Court is ruling, as I've ruled, that the

8　motion to quash is denied, and I believe the appropriate

9　procedure at this point would be to call the witness - maybe

10　witness - and have him sworn and take the stand, and

11　Mr. McCullough, you can ask him your questions.

12　　　MR. MCCULLOUGH:  I will.  And for purposes of this

13　voir dire, I will be quite focused.

14　　　MR. WARREN:  May I please have 30 seconds with my

15　client before we start?

16　　　THE COURT:  Sure.  You can even have more.  You can

17　have a minute.

18　　　MR. MCCULLOUGH:  Judge, I don't know whether we need an

19　interpreter for this.  I don't mean for Mr. Cano-Flores, I mean

20　for the witness.  I don't know if the witness speaks English or

21　not.

22　　　THE COURT:  He doesn't.  He's using earphones.

23　　　(Brief pause in the proceedings.)

24　　　MR. WARREN:  Your Honor, I've had an opportunity -

25　thank you, Your Honor - to confer with my client.  He does

1    intend to take the Fifth Amendment.  We would ask that he be

2    allowed to do it without being sworn in, from the podium; just

3    to accept my representation that he will not answer questions.

4    If necessary, he will take the witness stand, but I can proffer

5    that he will be not answering any substantive questions based on

6    the Fifth Amendment.

7          MR. MCCULLOUGH:  Your Honor, I'm going to ask him

8    questions about how he wrote a song.  There's no crime

9    implicated, there's no basis for asserting the Fifth Amendment.

10   I'm going to ask him if he met with a particular person, and

11   what interactions he had with him about writing the lyrics of a

12   song.

13         Now, before, he was an artist, and the argument was

14   this is all artistic.  And there was a proffer made that there

15   was no -- nothing more to it than artistic expression.  And now

16   he's claiming the Fifth Amendment for answering questions which

17   are just to establish an evidentiary foundation.

18         Now, there may be a Fifth Amendment issue, if he wants

19   to raise one, with regard to his broader testimony, but as to

20   the evidentiary proffer, I can't even conceive of what crime

21   would be implicated by whether or not he wrote this song, under

22   what circumstances.

23         THE COURT:  I hear you; I think Mr. Warren hears you.

24   I think his client is going to assert the Fifth.  So the

25   question now is -- there are two questions:  One, how do you

1   want to go about this?  Do you want him sworn, take the stand,

2   you ask questions on the record, he's taking the Fifth; or do

3   you accept his attorney's proffer that he's going to take

4   the Fifth?

5          MR. MCCULLOUGH:  Judge, I think we're entitled to know

6   upon what basis he's taking the Fifth.  Because there are

7   several remedies for taking the Fifth.  First of all, we can

8   move to compel based on the idea that it's not a proper

9   invocation of the Fifth Amendment.  The other issue then

10  becomes, if he has committed some crime which he thinks is

11  implicated by this, we're authorized to give him immunity for

12  it.  I can't give him global immunity for everything he has ever

13  done.  It doesn't work that way.

14         So I think I'm entitled to know upon what basis he is

15  asserting the Fifth Amendment.

16         MR. WARREN:  Actually, Your Honor, under 18 U.S.C. 6002

17  and 6003, no, you can't get immunity, global immunity for

18  everything you've ever done, but what you do get is immunity for

19  your testimony on the witness stand.  And if the government

20  seeks immunity under the 6000 series of Title 18, they can do

21  that.

22         THE COURT:  Mr. McCullough, I thought there were two

23  issues.  The first issue is, how do you want to proceed with the

24  assertion of the Fifth, either through an attorney proffer or a

25  line-by-line proffer - which you're entitled to - with the

1    witness on the stand?

2           The second issue is, assuming he's taking the Fifth,

3    what do you want to do about it?  Do you want to bring a motion

4    to compel?  Do you want to do a proffer of immunity?  That's

5    something only you can decide.  I'm just throwing it out to you

6    because that's the next logical step.

7           MR. MCCULLOUGH:  Well, in support of a motion to

8    compel, or for any proffer, I'm going to have to have a record

9    about what the scope of my questions were.  Because they're

10   going to be very limited, and I don't think it's a good faith

11   invocation.

12          THE COURT:  Okay.  Then I think you've answered the

13   first question, which is that I think the witness needs to step

14   forward, be sworn by the clerk, and have an interpreter with him

15   and we'll proceed.

16          If you'll stop there and raise your right hand.  Raise

17   your right hand to be sworn by the clerk.

18              (Oath administered by Courtroom Clerk.)

19       **(MARIO QUINTERO-LARA, GOVERNMENT witness, having been duly**

20                  **sworn, testified as follows:)**

21                    **VOIR DIRE EXAMINATION**

22   BY MR. MCCULLOUGH:

23   Q.  Please state your name for the record.

24   A.  Yes, my name is Mario Quintero.

25   Q.  And you are a musician?

1    A.  Yes.

2    Q.  And you are the lead singer for a band called Los Tucanes de

3    Tijuana?  I apologize for my pronunciation.

4    A.  Yes.  Correct.

5    Q.  And in connection with being a member of that band, you

6    write and perform songs that are referred to as narco corridos?

7    A.  We sing all types.

8    Q.  Okay.  Do the types of songs you sing include narco corrido?

9    A.  Yes.

10   Q.  And do you write -- do you personally write the narco

11   corridos your band sings?

12   A.  Yes.

13   Q.  Are you the only member of the band that writes, or do other

14   members write as well?

15   A.  I'm the one -- I'm the only one who writes.  For Tucanes,

16   I'm the only one who writes.

17   Q.  Are you familiar with a narco corrido called "El Yanqui"?

18   A.  Yes.

19   Q.  Did you write it?

20   A.  Yes.

21        MR. MCCULLOUGH:  Your Honor, I'm going to show the

22   witness at this time, since we're outside the presence of the

23   jury, what's been identified as Government's Exhibit 13.1.

24        THE COURT:  Which is?

25        MR. MCCULLOUGH:  Which is the lyrics of the song

1    "El Yanqui."  And I have a copy -- everyone has been provided a

2    copy, I think, except for perhaps Your Honor.  So I've got a few

3    copies for you as well.  And I've also provided this previously

4    to the translator so they would be familiar with it.

5            MR. WARREN:  Your Honor, before the prosecutor asks the

6    next question, may I have a moment to talk to my client?  My

7    understanding was he was going to assert the Fifth Amendment.

8    He's answered the questions; I want to make sure he understands

9    what's going on here.

10           THE COURT:  Well, he seems to want to answer the

11   questions, Mr. Warren.

12           MR. WARREN:  Your Honor, he retained me for my advice

13   and counsel, and...

14           THE COURT:  Go ahead and speak with him.

15           Mr. Warren, are you also explaining to him the

16   consequences of asserting the Fifth if the Court grants a motion

17   to compel?

18           MR. WARREN:  Yeah, we've had numerous conversations,

19   which is why --

20           THE COURT:  All right.

21           MR. WARREN:  Thank you, Your Honor.

22           (OFF THE RECORD.)

23           MR. WARREN:  Thank you.

24   BY MR. MCCULLOUGH:

25   Q.  Mr. Quintero, you indicated that you are in fact the author

1    of the song "El Yanqui."  Is that correct?

2    A.  Yes, I would like to invoke my rights under the

3    Fifth Amendment, and I do not want to testify anymore.

4    Q.  Okay.  So am I to understand correctly that you will not --

5    having previously just done so, you will no longer acknowledge

6    that you are the author of this song?

7    A.  I've already stated that.

8    Q.  All right.  My next question would be:  I would like you to

9    take a look at what's on the screen in front of you and verify

10   that this is the song that you wrote, that these are the lyrics.

11   A.  As I mentioned, with all due respect, I am no longer able to

12   testify.

13   Q.  So it is your belief that acknowledging that you are the

14   author of these lyrics somehow violates or puts you in danger of

15   being charged with a criminal offense?

16   A.  The situation in Mexico is very dangerous.  It is very

17   dangerous for me to be here.  I acknowledge that I wrote this

18   song, just as I have written many songs, but it concerns me to

19   be here, and I am concerned for my family as well.

20   Q.  I understand that, sir.  My question is simply if these are

21   the lyrics to the song you wrote.

22   A.  That's correct.

23   Q.  Do you need to see them all?

24   A.  Yes, that is my song, I wrote it, and it is registered under

25   my name.

1    Q.  Now, you're using a translator.  Do you speak any English at

2    all?

3    A.  No.

4    Q.  So when you did interviews with the *Los Angeles Times* and

5    the *New York Times*, you used a translator?

6    A.  We've been interpreted to in Spanish.

7    Q.  Now, since you've acknowledged --

8            THE INTERPRETER:  Your Honor, may the interpreter

9    request a clarification?

10           (Interpreter clarifies in Spanish.)

11           THE INTERPRETER:  Interpreter correction.  "We've been

12   interviewed in Spanish."

13           MR. MCCULLOUGH:  I see.  Thank you.

14   BY MR. MCCULLOUGH:

15   Q.  The song that you wrote, "El Yanqui," is it true that you

16   were asked to write this song about Mr. Aurelio Cano-Flores by a

17   gentleman named Samuel Flores Borrego, who went by the name

18   Metro Tres, on February 7th, 2007, in a telephone call you had

19   with Metro Tres?

20   A.  I believe so.

21           MR. WARREN:  I apologize for interrupting, but I think

22   my client doesn't understand.

23           THE COURT:  You've had your chance to explain it to

24   him.  He clearly knew enough to start; he's changed his mind.

25           MR. WARREN:  Well, respectfully, Your Honor, I think

1    that he felt that by saying "the Fifth," that he said it and

2    that was it, he took the Fifth.  I don't know that he

3    understands that by the prosecutor continuing to ask questions,

4    that perhaps he thinks that he has no other choice but to

5    answer.

6          And I don't like intervening, but Your Honor, I've had

7    numerous conversations with him where he's expressed that he

8    would absolutely take the Fifth based on his Fifth Amendment

9    privilege and his concern about testifying, and this is very

10   surprising to me.  I'm not trying to intervene or stop him from

11   testifying, Your Honor.  I don't want the Court or anyone to

12   think that.  But I want to make sure that -- what he's asked me

13   to protect him from is happening, and I don't...

14         THE COURT:  You realize, Mr. Warren, that ultimately

15   you may not be able to protect him from, that he --

16         MR. WARREN:  Right.  I understand.

17         THE COURT:  That he has given absolutely no basis for

18   taking the Fifth here.  So -- never mind.

19         If you want to try again...

20         MR. MCCULLOUGH:  I believe I'm entitled to make him

21   take the Fifth with regard to each of my questions that regard

22   this evidentiary foundation issue.

23         THE COURT:  Right.  And I think what Mr. Warren is

24   concerned about, he may not understand that he needs to do that

25   question by question.

1          MR. WARREN:  Right.  I expected that every question, he

2     was going to say, "I take the Fifth, I take the Fifth." I don't

3     want to reveal communications, but that was my expectation, and

4     so I just want to make sure he understands what he's doing.

5          THE COURT:  Okay.

6          MR. WARREN:  That if he wants to do it, he has to do it

7     every question.  Thank you, Your Honor.

8          THE COURT:  Did you want to talk to him?

9          MR. WARREN:  Can I?  Yes, thank you, Your Honor.

10         (OFF THE RECORD.)

11         MR. WARREN:  Thank you very much, Your Honor.

12         THE COURT:  You may continue, Mr. McCullough.

13         MR. MCCULLOUGH:  Thank you, Your Honor.

14    BY MR. MCCULLOUGH:

15    Q.  Do you know the defendant in this case, Aurelio Cano-Flores?

16         THE WITNESS:  Your Honor, I apologize.  I didn't fully

17    understand the situation, and I take the Fifth.

18    BY MR. MCCULLOUGH:

19    Q.  How many times have you met with the defendant

20    Aurelio Cano-Flores?

21    A.  I take the Fifth.

22    Q.  How many times have you spoken by telephone or other

23    communications device with the defendant Aurelio Cano-Flores?

24    A.  I take the Fifth Amendment.

25    Q.  How many times have you discussed in person or by telephone

1    with the defendant Aurelio Cano-Flores the song you wrote about

2    him titled "El Yanqui"?

3    A.  I take the Fifth Amendment.

4    Q.  How many of the conversations you had in person or by

5    telephone with the defendant Aurelio Cano-Flores took place

6    before the song was completed?

7    A.  I take the Fifth Amendment.

8    Q.  How many times during your phone or in-person -- strike

9    that.

10         How many conversations, either in person or on the

11    telephone, did you have with the defendant Aurelio Cano-Flores

12    after the song was completed?

13    A.  I take the Fifth Amendment.

14    Q.  When was the song first recorded or performed live by your

15    band Los Tucanes?

16    A.  I plead the Fifth.

17    Q.  How many times have you performed or recorded the song

18    entitled "El Yanqui," written by you and performed by

19    Los Tucanes?

20    A.  I take the Fifth Amendment.

21    Q.  Have you ever performed or played the recorded version of

22    the -- have you ever performed the song or played the recorded

23    version of the song for the defendant Aurelio Cano-Flores?

24    A.  I take the Fifth Amendment.

25    Q.  How many times have you played at parties where

1    Aurelio Cano-Flores was present and you performed the song

2    "El Yanqui"?

3    A.  I take the Fifth Amendment.

4          MR. MCCULLOUGH:  One moment, Your Honor.

5    BY MR. MCCULLOUGH:

6    Q.  Have you been present at any other occasions where

7    Aurelio Cano-Flores was also present when the song "El Yanqui"

8    was played or performed?

9    A.  I take the Fifth Amendment.

10         MR. MCCULLOUGH:  Your Honor, I believe that the answers

11   to those questions would provide the evidentiary foundation that

12   would resolve the admissibility of the lyrics as evidence in the

13   case-in-chief.  I believe the witness' assertion of the

14   Fifth Amendment is frivolous and without basis in this context.

15   There is nothing that I have asked him that would implicate him

16   in any crime of which I am aware in the United States.  We are

17   simply discussing when a song was written, when it was played,

18   and who participated in its authorship, which was previously

19   represented to us to be artistry.

20         So I do not believe this is a good faith invocation of

21   the Fifth Amendment, and we would move the Court to compel the

22   witness to answer these questions.

23         THE COURT:  Mr. Warren, do you want to respond?

24         MR. WARREN:  First of all, Your Honor, the government

25   doesn't know what the answers to the questions would be.  I

1   think they're anticipating and speculating.  They've never met

2   with him.

3           THE COURT:  Let's say the answers were all yes, that he

4   played the song, the defendant was there.

5           MR. WARREN:  Understood.  I'm just saying

6   preliminarily, it is speculation.

7           But assuming for a second that the answers would all be

8   affirmative for those particular questions, this particular

9   issue is whether he has a valid Fifth Amendment privilege or

10  not.  Right, Your Honor?

11          THE COURT:  Right.

12          MR. WARREN:  And whether I or anybody else has referred

13  to these songs as mere artistry versus a conspiracy or evidence

14  of a conspiracy, or of Mr. Quintero's participation in any

15  criminal activity, that's not the standard.  The standard is

16  whether any answers to these questions would have any tendency

17  in fact to incriminate Mr. Quintero in any way.

18          And I believe the answer to that question is

19  potentially affirmative.  Just because the government in this

20  case is saying, well, we are boxing out and limiting this to

21  just foundation for a song, well, another prosecutor in another

22  jurisdiction or a prosecutor in this jurisdiction, or the

23  government in this case, could potentially consider the

24  commissioning of, the writing of narco corridos - or ballads -

25  the performing of them, the playing of them at parties involving

1    members or alleged members of an alleged cartel, all these

2    things could be cited as evidence promoting or aiding and

3    abetting or participating in a conspiracy.

4         And I think the theory is fairly straightforward that

5    there has been testimony, I think, in this case about these

6    sorts of ballads.  I wasn't here for that.  I think that the

7    government would have and could have expert witnesses to testify

8    that such narco ballads are used by high level members of

9    various narco cartels in Mexico to promote their power and their

10   influence over others, to extend -- and to intimidate other

11   people, particularly with songs about weapons or violence or

12   that sort of thing, and that it can be a tool of a cartel.

13        I'm not saying that that theory would work or would

14   win, but certainly when you're talking about the very, very low

15   standard for the Fifth Amendment privilege, any tendency to

16   self-incriminate with an affirmative answer, I think that

17   threshold is met.

18        So I would ask the Court to deny the government's

19   motion.

20        MR. MCCULLOUGH:  Your Honor, he's already admitted the

21   threshold questions of whether or not he wrote the song, whether

22   or not it was commissioned by Metro Tres.  Those are

23   on-the-record answers.

24        So the only issue that's now before the Court on this

25   question is whether or not he had conversations before or after

1   writing the song with the defendant

2   Aurelio Cano-Flores, and that's certainly not enough to

3   support -- you know, if somebody were inclined to make a case

4   against him for conspiracy, they could do it with what's on

5   Wikipedia about him.  They wouldn't need to know whether or not

6   he had conversation with Aurelio Cano-Flores about the timing of

7   when he got information for a particular song that he wrote and

8   performed.  That's not -- there's nothing about the answers to

9   those questions which changes his legal position.

10          THE COURT:  Okay.  I will just give you my thinking,

11   Mr. Warren, so you can be prepared for this.  I am very much

12   inclined to grant the government's motion.  I would like to give

13   you an opportunity to brief it a little, to get me maybe some

14   cases that -- both sides.  But I am thinking of granting it,

15   which means he better not go anywhere between now and the

16   time --

17          MR. WARREN:  He's not going anywhere, Your Honor.

18          THE COURT:  Okay.  I think it's important that you

19   explain to him the consequences if I grant this motion, which is

20   why I'm giving you a heads-up that I'm thinking of granting it.

21   And I think Mr. McCullough is right, he's already answered

22   enough questions, plus everything that is about him is enough so

23   that I think that -- anyway, I think I would be inclined to

24   grant the motion, but I would like to give you an opportunity to

25   brief it.

1          I'm sure the government probably has briefs already

2     that they could get to me very quickly, but you, Mr. Warren, may

3     need some time.

4          MR. WARREN:  Your Honor, we could be back this

5     afternoon.

6          THE COURT:  Okay.  How about we do this at 1:30.  But I

7     would like the briefs before then, if you could.  Could you do

8     that?

9          MR. WARREN:  Right away.

10         THE COURT:  We've got a library here, same old books.

11         MR. WARREN:  If you want briefing in writing, do you

12    want me to just cite some cases?

13         THE COURT:  Yeah, just cite some cases.  That would be

14    enough.  If you can get them to my law clerk and chambers -

15    because I don't expect you to give me something in writing - the

16    government can get me something probably pretty quickly?

17         MR. MCCULLOUGH:  Of course, Your Honor.

18         THE COURT:  You must have something in your library on

19    this.

20         Okay.  Now, if you can both get me something no later

21    than noon, I would appreciate it.  The witness may step down.

22         MR. WARREN:  Thank you, Your Honor.

23         THE COURT:  But again, Mr. Warren, I think you better

24    explain to your client the consequences if I grant this and he

25    still refuses to answer.

1                MR. WARREN:  I understand.

2                THE COURT:  Okay.  Are we ready to continue with

3      Mr. Manolo?

4                MR. MCCULLOUGH:  We are, Your Honor.  That's

5      Mr. Torriente's witness.  If you will allow me to depart the

6      courtroom --

7                THE COURT:  I would appreciate it.

8                MR. MCCULLOUGH:  -- I will endeavor to tend to other

9      matters.

10               THE COURT:  Why don't we take a 15-minute recess.

11     We're going to take a brief recess.

12               (Recess taken at 10:27 a.m.)

13

14

15                **CERTIFICATE OF OFFICIAL COURT REPORTER**

16

17          **I, Rebecca Stonestreet, certify that the foregoing is a**

18     **correct transcript from the record of proceedings in the**

19     **above-entitled matter.**

20

21

22

23     _____          _____

24     **SIGNATURE OF COURT REPORTER**                    **DATE**

25

'50s [1] - 20:1
'60s [1] - 20:1
'The [1] - 9:6

## 1

10-month [1] - 7:5
105 [1] - 1:23
10:27 [1] - 49:12
13-142 [1] - 1:3
13.1 [1] - 37:23
1390 [1] - 1:20
145 [1] - 1:13
15-minute [1] - 49:10
17(c [1] - 20:11
18 [2] - 35:16, 35:20
1:30 [1] - 48:6

## 2

20 [2] - 16:1, 21:1
20001 [1] - 2:3
20004 [1] - 1:18
2007 [1] - 40:18
2013 [1] - 1:4
202 [3] - 1:14, 1:19, 2:3
20530 [1] - 1:14
21 [1] - 1:4
22101 [1] - 1:21
234-4433 [1] - 1:25
25 [1] - 15:25

## 3

30 [4] - 24:5, 24:6, 33:14
354-3249 [1] - 2:3
36 [1] - 3:4

## 4

40 [1] - 7:9
403 [1] - 17:16
42 [1] - 7:9

## 5

530 [1] - 1:21

## 6

6000 [1] - 35:20
6002 [1] - 35:16
6003 [1] - 35:17

601 [1] - 1:17
616-2255 [1] - 1:14
619 [1] - 1:25
6511 [1] - 2:2

## 7

703 [1] - 1:22
798-4444 [1] - 1:22
7th [1] - 40:18

## 8

80 [2] - 7:5, 12:9
898-0857 [1] - 1:19

## 9

900 [1] - 1:18
92101 [1] - 1:24
9:11 [1] - 1:6

## A

a.m [2] - 1:6, 49:12
abetting [1] - 46:3
able [3] - 27:17, 39:11, 41:15
above-entitled [1] - 49:19
absolutely [2] - 41:8, 41:17
accept [3] - 24:23, 34:3, 35:3
accurate [2] - 12:5, 17:25
achieve [1] - 13:5
acknowledge [2] - 39:5, 39:17
acknowledged [1] - 40:7
acknowledging [1] - 39:13
Action [1] - 1:3
activity [1] - 45:15
add [1] - 21:11
address [1] - 14:19
addressing [1] - 18:5
administered [1] - 36:18
admissibility [1] - 44:12
admissible [2] - 11:8, 11:10
admission [10] - 8:21, 8:22, 10:7, 10:25, 12:23, 13:11, 13:17, 14:15
admissions [2] - 11:11, 13:9
admit [2] - 4:10, 18:20
admitted [2] - 17:16, 46:20
ADMITTED [1] - 3:6
adopted [6] - 8:21, 8:22, 11:11, 13:11, 13:17, 14:14
advantage [1] - 14:23
advice [1] - 38:12
advise [1] - 24:4
afternoon [1] - 48:5

again.. [1] - 41:19
agent [2] - 9:1, 24:22
agree [1] - 17:24
ahead [3] - 5:9, 33:6, 38:14
aided [1] - 2:5
aiding [1] - 46:2
alleged [2] - 46:1
allow [3] - 10:3, 12:18, 49:5
allowed [3] - 6:5, 11:23, 34:2
alone [1] - 27:3
amenable [1] - 22:21
Amendment [37] - 11:17, 16:10, 18:9, 18:10, 18:12, 19:3, 19:16, 19:22, 25:1, 25:3, 25:4, 25:7, 26:4, 26:8, 34:1, 34:6, 34:9, 34:16, 34:18, 35:9, 35:15, 38:7, 39:3, 41:8, 42:24, 43:3, 43:7, 43:13, 43:20, 43:24, 44:3, 44:9, 44:14, 44:21, 45:9, 46:15
AMERICA [1] - 1:3
American [1] - 16:4
analogous [2] - 19:24, 21:18
and.. [1] - 38:13
Angeles [1] - 40:4
answer [7] - 34:3, 38:10, 41:5, 44:22, 45:18, 46:16, 48:25
answered [3] - 36:12, 38:8, 47:21
answering [2] - 34:5, 34:16
answers [9] - 10:22, 19:14, 44:10, 44:25, 45:3, 45:7, 45:16, 46:23, 47:8
anticipate [1] - 17:18
anticipating [1] - 45:1
anyway [2] - 25:24, 47:23
apologetic [1] - 12:10
apologize [3] - 37:3, 40:21, 42:16
appearance [1] - 4:4
APPEARANCES [1] - 1:10
appeared [1] - 12:15
appearing [1] - 10:13
apply [2] - 5:12, 5:14
appreciate [5] - 15:8, 21:8, 23:5, 48:21, 49:7
appropriate [3] - 10:21, 19:2, 33:8
approval [1] - 8:18
approved [2] - 13:10, 23:3
areas [1] - 19:24
argument [3] - 14:17, 18:6, 34:13
arguments [3] - 16:25, 22:2, 22:9
art [1] - 16:13
articles [3] - 12:8, 12:14, 20:19

artist [6] - 16:4, 16:5, 20:9, 26:16, 26:17, 34:13
artistic [6] - 17:9, 20:8, 21:13, 21:19, 34:14, 34:15
artistry [2] - 44:19, 45:13
arts [1] - 16:11
assert [3] - 26:4, 34:24, 38:7
asserting [3] - 34:9, 35:15, 38:16
assertion [2] - 35:24, 44:13
associated [1] - 6:16
associates [1] - 7:16
assume [1] - 23:9
assumed [1] - 22:24
assuming [2] - 36:2, 45:7
assurance [1] - 25:9
assure [1] - 25:10
attached [1] - 20:19
attorney [4] - 9:2, 17:1, 25:6, 35:24
attorney's [1] - 35:3
attorney-client [1] - 25:6
Aurelio [15] - 7:18, 7:22, 23:21, 40:16, 42:15, 42:20, 42:23, 43:1, 43:5, 43:11, 43:23, 44:1, 44:7, 47:2, 47:6
AURELIO [1] - 1:5
author [3] - 38:25, 39:6, 39:14
authorized [1] - 35:11
authorship [1] - 44:18
available [1] - 17:7
Avenue [1] - 1:17
avoid [1] - 26:24
aware [3] - 5:23, 26:5, 44:16

## B

bad [1] - 7:15
balancing [3] - 19:25, 20:13, 20:14
ballad [1] - 6:1
ballads [4] - 16:8, 45:24, 46:6, 46:8
band [11] - 5:17, 5:18, 5:20, 15:23, 16:1, 16:20, 37:2, 37:5, 37:11, 37:13, 43:15
band's [1] - 20:25
BARBARA [1] - 1:8
based [6] - 8:13, 17:4, 25:5, 34:5, 35:8, 41:8
basic [1] - 11:25
basis [8] - 12:6, 23:5, 26:25, 34:9, 35:6, 35:14, 41:17, 44:14
become [1] - 5:23
becomes [2] - 10:5, 35:10
becoming [1] - 21:22

**BEFORE** [1] - 1:8
**behalf** [2] - 4:6, 14:25
**belief** [1] - 39:13
**BENCH** [2] - 27:22, 33:5
**Bernard** [1] - 4:9
**better** [2] - 47:15, 48:23
**between** [6] - 7:3, 7:6, 7:19, 7:25, 14:25, 47:15
**beyond** [1] - 14:10
**big** [5] - 4:16, 5:19, 9:16, 16:1, 27:11
**biographical** [2] - 9:22, 13:21
**bit** [3] - 14:24, 17:20, 25:12
**books** [1] - 48:10
**Borrego** [1] - 40:17
**bosses** [1] - 9:13
**boxing** [1] - 45:20
**break** [2] - 24:7, 24:8
**Bridge** [1] - 1:20
**brief** [8] - 15:18, 15:19, 22:3, 26:21, 33:23, 47:13, 47:25, 49:11
**briefing** [2] - 27:2, 48:11
**briefly** [4] - 11:20, 19:15, 21:13, 24:4
**briefs** [3] - 5:8, 48:1, 48:7
**bring** [1] - 36:3
**broad** [1] - 5:11
**broader** [1] - 34:19
**broadly** [1] - 6:20
**bucket** [1] - 23:6
**Building** [1] - 1:18
**bullets** [1] - 9:7
**business** [2] - 7:13, 16:1
**but..** [1] - 5:6
**BY** [6] - 36:22, 38:24, 40:14, 42:14, 42:18, 44:5

---

## C

**CA** [1] - 1:24
**Cano** [27] - 7:18, 7:22, 8:12, 8:14, 9:23, 10:3, 13:2, 13:9, 14:3, 16:25, 17:3, 21:23, 23:21, 25:17, 33:19, 40:16, 42:15, 42:20, 42:23, 43:1, 43:5, 43:11, 43:23, 44:1, 44:7, 47:2, 47:6
**CANO** [1] - 1:5
**Cano-Flores** [25] - 7:18, 7:22, 8:12, 8:14, 9:23, 10:3, 13:2, 13:9, 14:3, 21:23, 23:21, 25:17, 33:19, 40:16, 42:15, 42:20, 42:23, 43:1, 43:5, 43:11, 43:23, 44:1, 44:7, 47:2, 47:6
**CANO-FLORES** [1] - 1:5
**capable** [1] - 4:20

**care** [5] - 9:20, 25:8, 25:18, 25:22, 25:25
**career** [1] - 15:25
**carries** [1] - 9:15
**carry** [1] - 23:7
**carrying** [1] - 4:21
**cart** [1] - 17:20
**cartel** [4] - 6:16, 17:5, 46:1, 46:12
**Cartel** [4] - 7:7, 7:11, 12:7, 13:2
**cartels** [4] - 9:1, 12:16, 18:15, 46:9
**case** [18] - 4:3, 6:2, 11:16, 13:12, 14:6, 14:10, 18:9, 18:14, 19:23, 21:5, 25:12, 25:24, 42:15, 44:13, 45:20, 45:23, 46:5, 47:3
**case-in-chief** [1] - 44:13
**cases** [8] - 19:18, 19:23, 20:1, 20:2, 22:4, 47:14, 48:12, 48:13
**certain** [2] - 16:6, 20:4
**certainly** [4] - 12:4, 18:8, 46:14, 47:2
**CERTIFICATE** [1] - 49:15
**certify** [1] - 49:17
**Chain** [1] - 1:20
**chambers** [1] - 48:14
**chance** [4] - 22:3, 22:7, 22:18, 40:23
**change** [2] - 9:10, 9:12
**changed** [1] - 40:24
**changes** [2] - 9:9, 47:9
**charged** [2] - 6:15, 39:15
**charging** [2] - 25:14, 25:15
**chief** [1] - 44:13
**chilling** [3] - 11:14, 19:22, 20:8
**choice** [1] - 41:4
**choices** [1] - 12:17
**circuit** [1] - 11:25
**circumstances** [1] - 34:22
**cite** [4] - 11:24, 13:12, 48:12, 48:13
**cited** [4] - 19:23, 20:2, 22:4, 46:2
**citizen** [1] - 16:4
**claim** [1] - 26:4
**claiming** [1] - 34:16
**claims** [1] - 13:9
**clarification** [1] - 40:9
**clarifies** [1] - 40:10
**clear** [2] - 7:8, 11:10
**clearly** [3] - 8:11, 10:11, 40:24
**clerk** [3] - 36:14, 36:17, 48:14
**CLERK** [1] - 4:3

**Clerk** [1] - 36:18
**client** [13] - 23:3, 24:4, 24:25, 25:6, 25:14, 26:8, 27:3, 33:15, 33:25, 34:24, 38:6, 40:22, 48:24
**co** [3] - 18:20, 23:16, 25:15
**co-conspirator** [3] - 18:20, 23:16, 25:15
**collaborating** [1] - 10:18
**COLUMBIA** [1] - 1:2
**coming** [1] - 17:12
**commander** [3] - 8:25, 9:11, 9:15
**commanders** [1] - 9:5
**commission** [1] - 23:20
**commissioned** [3] - 7:2, 21:24, 46:22
**commissioning** [2] - 7:3, 45:24
**committed** [3] - 21:23, 26:6, 35:10
**common** [1] - 20:20
**communications** [5] - 14:25, 17:10, 25:6, 42:3, 42:23
**company** [1] - 9:14
**compel** [5] - 35:8, 36:4, 36:8, 38:17, 44:21
**completed** [3] - 8:7, 43:6, 43:12
**complicit** [1] - 10:4
**component** [1] - 5:20
**compose** [1] - 13:22
**composed** [2] - 11:3, 13:17
**computer** [1] - 2:5
**computer-aided** [1] - 2:5
**conceive** [1] - 34:20
**concern** [14] - 16:10, 18:7, 18:9, 18:10, 18:12, 19:16, 19:17, 20:3, 20:4, 20:6, 25:1, 26:18, 41:9
**concerned** [2] - 25:17, 39:19, 41:24
**concerns** [7] - 16:23, 19:3, 25:8, 25:19, 26:1, 26:9, 39:18
**concerts** [1] - 5:19
**confer** [1] - 33:25
**CONFERENCE** [2] - 27:22, 33:5
**confession** [2] - 10:6, 21:17
**confused** [1] - 22:14
**confusion** [1] - 15:16
**connection** [1] - 37:5
**consequences** [3] - 38:16, 47:19, 48:24
**consider** [4] - 17:15, 17:20, 21:7, 45:23
**consideration** [1] - 21:8
**considering** [1] - 17:21
**conspiracy** [5] - 18:21,

45:13, 45:14, 46:3, 47:4
**conspirator** [3] - 18:20, 23:16, 25:15
**constitutes** [1] - 11:11
**contacted** [1] - 15:14
**contained** [1] - 17:23
**contend** [5] - 7:13, 8:22, 9:19, 18:19, 26:5
**contending** [1] - 23:16
**contends** [1] - 21:23
**context** [5] - 7:11, 10:21, 18:3, 20:7, 44:14
**continue** [2] - 42:12, 49:2
**continues** [1] - 9:20
**continuing** [1] - 41:3
**conversation** [2] - 8:5, 47:6
**conversations** [8] - 7:5, 7:8, 8:13, 38:18, 41:7, 43:4, 43:10, 46:25
**cooperate** [1] - 10:12
**cooperated** [1] - 10:17
**cooperating** [1] - 10:18
**copies** [1] - 38:3
**copy** [6] - 5:2, 6:1, 6:4, 6:8, 38:1, 38:2
**core** [1] - 5:13
**correct** [6] - 14:19, 17:22, 37:4, 39:1, 39:22, 49:18
**correction** [1] - 40:11
**correctly** [1] - 39:4
**corrido** [12] - 6:18, 7:18, 7:21, 8:2, 8:6, 8:16, 12:10, 18:14, 23:20, 37:8, 37:17
**corridos** [5] - 5:21, 6:14, 37:6, 37:11, 45:24
**counsel** [4] - 4:3, 24:14, 25:20, 38:13
**counting** [1] - 23:11
**couple** [3] - 11:6, 23:13, 25:13
**course** [2] - 25:22, 48:17
**COURT** [74] - 1:1, 4:2, 4:8, 4:11, 4:15, 4:19, 4:24, 5:2, 5:7, 5:25, 6:6, 6:10, 6:25, 11:18, 13:7, 13:14, 13:23, 14:7, 14:13, 14:18, 15:2, 15:6, 15:18, 18:2, 18:10, 18:12, 18:17, 19:7, 21:10, 22:2, 22:16, 23:9, 23:17, 23:25, 24:6, 25:7, 26:15, 26:19, 27:2, 27:5, 27:11, 27:15, 33:6, 33:16, 33:22, 34:23, 35:22, 36:12, 37:24, 38:10, 38:14, 38:20, 40:23, 41:14, 41:17, 41:23, 42:5, 42:8, 42:12, 44:23, 45:3, 45:11, 47:10, 47:18, 48:6, 48:10, 48:13, 48:18, 48:23, 49:2, 49:7, 49:10, 49:15, 49:24

**court** [4] - 12:1, 19:18, 20:2, 20:12
**Court** [32] - 2:1, 2:2, 4:11, 4:12, 4:17, 5:7, 5:11, 11:17, 11:24, 14:19, 15:9, 15:14, 16:9, 17:2, 17:15, 17:19, 18:8, 19:24, 20:14, 21:2, 21:6, 24:4, 24:19, 25:1, 25:3, 26:20, 33:7, 38:16, 41:11, 44:21, 46:18, 46:24
**courthouse** [1] - 4:13
**Courthouse** [1] - 2:2
**Courtroom** [1] - 36:18
**courtroom** [3] - 5:17, 10:8, 49:6
**COURTROOM** [1] - 4:3
**craft** [1] - 17:8
**creative** [1] - 20:8
**crew** [1] - 21:1
**crime** [8] - 7:16, 21:22, 26:6, 26:11, 34:8, 34:20, 35:10, 44:16
**crimes** [1] - 21:23
**criminal** [2] - 39:15, 45:15
**cross** [2] - 23:4, 23:10
**CROSS** [1] - 3:2
**cross-examination** [1] - 23:10
**cross-examine** [1] - 23:4
**CRR** [1] - 2:1
**Cuarenta** [1] - 7:9
**cumulative** [1] - 21:6
**cutting** [1] - 16:11

**D**

**D.C** [1] - 2:3
**danger** [6] - 11:23, 17:19, 20:25, 21:1, 39:14
**dangerous** [6] - 7:13, 9:1, 12:8, 20:21, 39:16, 39:17
**Dangerous** [1] - 1:12
**dangers** [3] - 12:5, 17:17, 20:16
**DARRIN** [1] - 1:11
**DATE** [1] - 49:24
**DC** [2] - 1:14, 1:18
**de** [2] - 5:17, 37:2
**deal** [1] - 16:11
**dealings** [1] - 9:20
**debate** [1] - 11:17
**decide** [1] - 36:5
**decided** [1] - 21:25
**deciding** [1] - 23:5
**deep** [1] - 20:18
**defendant** [9] - 42:15, 42:19, 42:23, 43:1, 43:5, 43:11, 43:23, 45:4, 47:1

**degree** [2] - 9:23, 11:3
**denied** [1] - 33:8
**deny** [2] - 24:13, 46:18
**denying** [1] - 22:4
**depart** [1] - 49:5
**DEPARTMENT** [1] - 1:11
**detail** [1] - 6:17
**determination** [1] - 11:8
**device** [1] - 42:23
**Diego** [4] - 1:24, 15:9, 27:7, 27:10
**difficult** [1] - 10:19
**DIRE** [1] - 36:21
**dire** [4] - 10:21, 12:21, 24:18, 33:13
**DIRECT** [1] - 3:2
**disadvantage** [1] - 16:22
**disagree** [1] - 16:7
**discuss** [2] - 8:1, 10:7
**discussed** [1] - 42:25
**discussing** [2] - 8:7, 44:17
**DISTRICT** [3] - 1:1, 1:2, 1:9
**ditty** [1] - 9:22
**don't..** [1] - 41:13
**donation** [1] - 9:8
**done** [5] - 7:14, 19:25, 35:13, 35:18, 39:5
**doubt** [1] - 14:10
**down** [6] - 13:6, 13:19, 15:5, 16:2, 21:14, 48:21
**dramatic** [1] - 20:18
**drug** [2] - 6:19, 16:18
**Drug** [1] - 1:12
**due** [1] - 39:11
**duly** [1] - 36:19
**during** [1] - 43:8
**dwell** [1] - 11:16

**E**

**earns** [1] - 9:13
**earphones** [1] - 33:22
**easier** [1] - 19:13
**East** [1] - 1:13
**edge** [1] - 16:11
**effect** [3] - 11:14, 19:23, 20:8
**either** [13] - 5:8, 8:15, 8:20, 10:23, 10:24, 11:7, 11:9, 11:12, 13:19, 24:21, 35:24, 43:10
**El** [14] - 6:24, 7:1, 8:24, 9:4, 9:15, 9:20, 37:17, 38:1, 39:1, 40:15, 43:2, 43:18, 44:2, 44:7
**elected** [1] - 10:14
**Elton** [3] - 21:14, 21:16
**emphasize** [1] - 16:19
**employees** [1] - 16:1
**END** [1] - 33:5

**endeavor** [1] - 49:8
**endorsements** [1] - 12:12
**enemies** [1] - 9:3
**enforcing** [1] - 20:4
**English** [5] - 18:1, 24:15, 27:18, 33:20, 40:1
**enter** [1] - 4:4
**entitled** [7] - 23:4, 35:5, 35:14, 35:25, 41:20, 43:18, 49:19
**equivalent** [1] - 6:20
**essentially** [1] - 4:8
**establish** [2] - 14:10, 34:17
**establishing** [1] - 12:22
**eventually** [1] - 17:12
**everywhere** [1] - 9:17
**EVIDENCE** [1] - 3:8
**evidence** [12] - 5:14, 5:15, 7:17, 11:2, 11:11, 16:24, 21:21, 26:13, 44:12, 45:13, 46:2
**evidentiary** [13] - 5:12, 6:4, 10:24, 12:22, 13:5, 16:22, 16:25, 23:5, 24:14, 34:17, 34:20, 41:22, 44:11
**ex** [7] - 25:4, 25:9, 25:22, 25:23, 25:24, 26:2, 26:20
**EX** [1] - 27:22
**exactly** [1] - 21:17
**EXAMINATION** [1] - 36:21
**examination** [2] - 12:25, 23:10
**examine** [1] - 23:4
**example** [3] - 20:4, 21:14, 23:20
**except** [1] - 38:2
**excused** [1] - 4:21
**Exhibit** [1] - 37:23
**EXHIBITS** [1] - 3:8
**exists** [1] - 12:23
**expect** [1] - 48:15
**expectation** [1] - 42:3
**expected** [1] - 42:1
**expert** [1] - 46:7
**explain** [3] - 40:23, 47:19, 48:24
**explaining** [1] - 38:15
**explore** [1] - 13:3
**exploring** [1] - 10:9
**expressed** [1] - 41:7
**expression** [2] - 11:15, 34:15
**extend** [1] - 46:10
**extension** [1] - 26:9
**extraordinarily** [1] - 7:15
**extremely** [1] - 20:20
**extremes** [1] - 14:2

**F**

**facing** [1] - 5:13
**fact** [13] - 7:4, 7:12, 7:13, 8:22, 12:6, 13:23, 14:2, 16:4, 16:6, 23:22, 26:9, 38:25, 45:17
**facts** [1] - 23:7
**fair** [1] - 6:14
**fairly** [3] - 6:17, 12:5, 46:4
**faith** [2] - 36:10, 44:20
**familiar** [2] - 37:17, 38:4
**family** [2] - 16:3, 39:19
**family's** [1] - 20:25
**far** [1] - 22:5
**fault** [1] - 22:1
**fax** [1] - 8:4
**fear** [3] - 12:1, 12:2, 19:18
**featured** [1] - 13:25
**February** [2] - 1:4, 40:18
**felt** [1] - 41:1
**few** [1] - 38:2
**Fifth** [52] - 18:9, 18:10, 18:12, 19:3, 25:1, 25:3, 25:4, 25:7, 26:4, 26:8, 26:24, 34:1, 34:6, 34:9, 34:16, 34:18, 34:24, 35:2, 35:4, 35:6, 35:7, 35:9, 35:15, 35:24, 36:2, 38:7, 38:16, 39:3, 41:1, 41:2, 41:8, 41:18, 41:21, 42:2, 42:17, 42:21, 42:24, 43:3, 43:7, 43:13, 43:16, 43:20, 43:24, 44:3, 44:9, 44:14, 44:21, 45:9, 46:15
**file** [1] - 4:15
**filed** [6] - 4:10, 5:5, 5:8, 5:24, 6:2, 6:3
**filing** [1] - 11:21
**finalized** [1] - 13:19
**finally** [1] - 11:22
**first** [10] - 5:16, 11:7, 12:6, 24:1, 27:13, 35:7, 35:23, 36:13, 43:14, 44:24
**First** [4] - 11:17, 16:10, 19:16, 19:22
**first-name** [1] - 12:6
**five** [1] - 16:1
**Floor** [2] - 1:13, 1:24
**Flores** [26] - 7:18, 7:22, 8:12, 8:14, 9:23, 10:3, 13:2, 13:9, 14:3, 21:23, 23:21, 25:17, 33:19, 40:16, 40:17, 42:15, 42:20, 42:23, 43:1, 43:5, 43:11, 43:23, 44:1, 44:7, 47:2, 47:6
**FLORES** [1] - 1:5
**flying** [1] - 15:12
**focused** [1] - 33:13

follows [1] - 36:20
FOR [1] - 1:2
foregoing [1] - 49:17
form [2] - 10:13, 10:16
formed [1] - 15:24
forth [1] - 12:4
forward [2] - 4:4, 36:14
foundation [7] - 10:24,
 12:23, 13:5, 34:17, 41:22,
 44:11, 45:21
Fourth [1] - 1:24
frankly [2] - 6:15, 16:24
freedom [3] - 11:15, 21:13,
 21:19
frivolous [1] - 44:14
front [2] - 24:21, 39:9
fronted [1] - 19:20
fully [1] - 42:16
fun [2] - 9:6, 11:1
furtherance [1] - 18:21

G

Gabby [1] - 7:10
gangster [1] - 6:21
gather [1] - 22:18
general's [1] - 9:2
generally [1] - 17:7
genres [1] - 16:11
gentleman [2] - 17:11, 40:17
gentlemen [1] - 9:4
GILBERT [3] - 1:16, 1:17,
 23:1
Gilbert [2] - 22:23, 23:10
given [3] - 11:4, 11:5, 41:17
global [2] - 35:12, 35:17
glorifies [1] - 6:22
GOVERNMENT [1] - 36:19
government [29] - 9:1, 9:11,
 10:12, 10:15, 14:25, 15:14,
 16:7, 16:15, 17:21, 17:24,
 18:17, 20:24, 21:23, 22:19,
 24:1, 24:11, 25:5, 25:8,
 25:10, 25:25, 26:3, 26:10,
 35:19, 44:24, 45:19, 45:23,
 46:7, 48:1, 48:16
Government's [1] - 37:23
government's [8] - 5:3,
 15:19, 18:13, 21:5, 22:1,
 27:1, 46:18, 47:12
grand [1] - 12:1
grant [4] - 47:12, 47:19,
 47:24, 48:24
granted [1] - 4:11
granting [4] - 4:13, 47:14,
 47:20
grants [1] - 38:16
graphic [1] - 6:17
grave [1] - 17:19

GRIM [1] - 1:20
GRIMM [4] - 4:9, 4:12, 4:16,
 4:22
Grimm [2] - 4:9, 4:20
guess [1] - 19:1
guilty [1] - 7:15
Gulf [4] - 7:7, 7:11, 12:7,
 13:2
guns [2] - 6:19, 9:16
guy [2] - 7:21, 8:5

H

hac [1] - 4:10
half [1] - 9:9, 16:2
hand [2] - 36:16, 36:17
handle [1] - 10:21
handled [1] - 8:17
handling [1] - 4:25
hands [1] - 9:18
happy [1] - 24:20
hard [1] - 10:2
heads [1] - 47:20
heads-up [1] - 47:20
hear [11] - 11:18, 13:8, 18:5,
 19:8, 19:12, 19:14, 22:2,
 22:17, 23:7, 27:17, 34:23
heard [7] - 5:21, 13:14,
 13:16, 20:20, 22:10, 24:14,
 27:13
hearing [3] - 4:17, 18:6,
 22:14
HEARING [1] - 1:8
hears [1] - 34:23
hearsay [6] - 16:25, 17:4,
 17:14, 17:15, 18:22, 18:25
help [1] - 23:6
high [2] - 7:6, 46:8
high-ranking [1] - 7:6
highlights [1] - 16:5
himself [1] - 10:10
Hinojosa [2] - 5:22, 8:17
hip [1] - 16:12
history [2] - 6:17, 16:13
hit [1] - 9:6
hits [1] - 9:25
hold [3] - 4:13, 4:15, 15:2
Honor [53] - 4:5, 4:9, 4:16,
 4:22, 4:23, 5:1, 5:4, 5:10,
 5:22, 6:9, 13:13, 14:21,
 15:21, 16:21, 19:6, 19:15,
 20:13, 21:8, 21:12, 22:12,
 24:4, 24:24, 25:1, 27:10,
 27:21, 33:24, 33:25, 34:7,
 35:16, 37:21, 38:2, 38:5,
 38:12, 38:21, 40:8, 40:25,
 41:6, 41:11, 42:7, 42:9,
 42:11, 42:13, 42:16, 44:4,
 44:10, 44:24, 45:10, 46:20,

47:17, 48:4, 48:17, 48:22,
 49:4
HONORABLE [1] - 1:8
hop [1] - 16:12
horse [1] - 17:20
hosted [1] - 13:1
HUGHES [1] - 1:20
husher [3] - 27:8, 27:16,
 27:17

I

idea [1] - 35:8
identified [2] - 4:7, 37:23
identifies [1] - 7:22
illegal [1] - 7:14
imagine [2] - 10:2, 15:9
immunity [7] - 35:11, 35:12,
 35:17, 35:18, 35:20, 36:4
impeach [2] - 18:25, 23:23
impeachment [2] - 23:19,
 23:22
implicate [1] - 44:15
implicated [1] - 34:9, 34:21,
 35:11
implies [1] - 20:13
imply [1] - 16:16
important [2] - 9:14, 47:18
in-person [1] - 43:8
inclined [2] - 47:3, 47:12,
 47:23
include [1] - 37:8
including [1] - 16:1
income [1] - 12:10
incriminate [2] - 45:17,
 46:16
inculpate [2] - 26:13, 26:15
indicate [1] - 19:24
indicated [3] - 21:10, 22:3,
 38:25
indictment [1] - 6:15
indisputably [1] - 5:12
individual [1] - 7:24
individuals [1] - 20:9
influence [1] - 46:10
information [9] - 8:3, 8:15,
 10:20, 11:4, 11:7, 13:21,
 17:5, 17:6, 47:7
inquiry [1] - 12:19
insisted [1] - 10:15
intend [4] - 11:16, 14:5,
 14:16, 34:1
interactions [1] - 34:11
intercepted [1] - 7:4
interested [5] - 16:17, 25:13,
 25:14, 25:15, 26:10
Interested [1] - 1:23
interesting [2] - 8:10, 11:1
interpretation [1] - 17:25

interpreted [1] - 40:6
interpreter [6] - 15:9, 27:18,
 33:19, 36:14, 40:8, 40:11
INTERPRETER [2] - 40:8,
 40:11
Interpreter [1] - 40:10
interpreters [1] - 15:7
interrupting [1] - 40:21
intervene [1] - 41:10
intervening [1] - 41:6
interviewed [1] - 40:12
interviews [1] - 40:4
intimidate [1] - 46:10
INTO [1] - 3:8
investigating [1] - 11:13
invocation [2] - 35:9, 36:11,
 44:20
invoke [2] - 19:3, 39:2
involvement [1] - 6:19
involving [2] - 20:1, 45:25
issue [19] - 5:13, 11:13,
 11:20, 13:7, 14:14, 18:22,
 18:25, 20:5, 21:13, 21:17,
 23:4, 24:16, 34:18, 35:9,
 35:23, 36:2, 41:22, 45:9,
 46:24
issues [8] - 5:5, 11:6, 13:3,
 15:19, 16:12, 16:21, 24:10,
 35:23
itinerary [1] - 15:10
itself [2] - 8:10, 11:2

J

JEREMY [1] - 1:23
Jeremy [1] - 4:6
John [3] - 21:14, 21:16
judge [2] - 33:18, 35:5
JUDGE [1] - 1:9
Judge [1] - 18:19
judgment [1] - 7:15
jump [1] - 22:24
jurisdiction [1] - 45:22
jury [3] - 12:1, 24:19, 37:23
JUSTICE [1] - 1:11
justification [1] - 12:3

K

keep [2] - 6:10, 14:1
KEITH [2] - 1:16, 1:17
killed [3] - 16:19, 20:21,
 21:15
kind [1] - 14:23
knows [2] - 13:3, 26:8
KRISTEN [1] - 1:20

## L

**laid** [2] - 14:24, 15:25
**LARA** [2] - 3:3, 36:19
**Lara** [9] - 1:23, 5:16, 7:6, 7:20, 10:5, 10:7, 11:6, 12:21, 13:20
**Lara's** [2] - 7:12, 11:15
**large** [1] - 5:20
**last** [2] - 5:6, 11:21
**late** [1] - 5:6
**latter** [1] - 19:17
**LAW** [1] - 1:16
**law** [6] - 9:17, 11:10, 11:16, 13:12, 19:23, 48:14
**lay** [2] - 9:18, 10:24
**layers** [1] - 23:13
**lead** [1] - 37:2
**leader** [2] - 5:17, 15:23
**leaders** [2] - 12:7, 12:16
**leadership** [1] - 7:11
**leading** [1] - 25:20
**least** [3] - 19:12, 22:5, 24:18
**leave** [1] - 27:6
**led** [1] - 15:11
**LEE** [1] - 1:11
**left** [1] - 9:11
**legal** [4] - 5:11, 16:21, 26:13, 47:9
**legitimate** [5] - 18:9, 19:2, 19:19, 21:17, 26:25
**lends** [1] - 8:10
**lengthy** [2] - 11:24, 12:25
**Letter** [1] - 9:19
**level** [1] - 46:8
**library** [2] - 48:10, 48:18
**life** [4] - 10:19, 20:24, 20:25, 21:1
**lifestyle** [4] - 6:22, 12:12, 12:17, 16:7
**limited** [3] - 11:21, 12:21, 36:10
**limiting** [1] - 45:20
**line** [2] - 35:25
**line-by-line** [1] - 35:25
**listen** [1] - 25:23
**live** [3] - 16:2, 16:3, 43:14
**lived** [1] - 25:12
**living** [1] - 16:17
**logical** [1] - 36:6
**look** [8] - 6:12, 16:12, 19:25, 20:10, 20:15, 22:3, 39:9
**looking** [1] - 9:17
**looks** [1] - 4:20
**Los** [6] - 5:17, 15:22, 37:2, 40:4, 43:15, 43:19
**love** [2] - 14:1, 16:8
**low** [1] - 46:14

**lyrics** [11] - 11:3, 11:5, 13:18, 17:23, 34:11, 37:25, 39:10, 39:14, 39:21, 44:12

## M

**machine** [1] - 2:5
**mafioso** [1] - 9:3
**main** [1] - 18:7
**Manolo** [1] - 49:3
**Mario** [4] - 1:23, 4:6, 5:16, 36:24
**MARIO** [2] - 3:3, 36:19
**matter** [4] - 4:18, 4:25, 5:24, 22:11, 49:19
**matters** [3] - 15:9, 19:20, 49:9
**MCCULLOUGH** [44] - 1:11, 5:1, 5:4, 5:10, 6:3, 6:8, 6:13, 7:1, 11:20, 13:11, 13:16, 14:5, 14:9, 14:16, 18:19, 21:12, 23:15, 23:18, 24:10, 26:5, 26:16, 26:23, 33:12, 33:18, 34:7, 35:5, 36:7, 36:22, 37:21, 37:25, 38:24, 40:13, 40:14, 41:20, 42:13, 42:14, 42:18, 44:4, 44:5, 44:10, 46:20, 48:17, 49:4, 49:8
**McCullough** [11] - 3:4, 4:24, 15:14, 21:11, 22:6, 22:22, 23:12, 33:11, 35:22, 42:12, 47:21
**McLean** [1] - 1:21
**mean** [6] - 22:18, 26:3, 26:8, 26:11, 33:19
**meaning** [1] - 17:4
**meaningful** [1] - 22:9
**means** [1] - 47:15
**media** [1] - 12:9
**meet** [2] - 10:10, 24:1
**meeting** [1] - 24:10
**member** [4] - 7:6, 9:14, 37:5, 37:13
**members** [7] - 12:7, 16:2, 21:1, 37:14, 46:1, 46:8
**men** [1] - 9:6
**mentioned** [1] - 39:11
**mere** [1] - 45:13
**met** [6] - 7:22, 8:12, 34:10, 42:19, 45:1, 46:17
**method** [2] - 11:14, 24:17
**Metro** [13] - 7:2, 7:3, 7:6, 7:19, 7:20, 7:25, 8:3, 17:11, 21:24, 23:20, 40:18, 40:19, 46:22
**Mexican** [1] - 5:18
**Mexico** [5] - 16:2, 16:17, 20:21, 39:16, 46:9

**might** [3] - 25:25, 26:2, 26:12
**mind** [2] - 40:24, 41:18
**minute** [2] - 15:2, 33:17
**Miscellaneous** [1] - 1:3
**missed** [1] - 6:6
**missing** [1] - 5:25
**mistake** [1] - 27:11
**moment** [2] - 38:6, 44:4
**Monday** [1] - 15:12
**money** [3] - 6:19, 9:7, 9:13
**morning** [9] - 4:2, 4:5, 4:8, 4:9, 4:18, 6:11, 14:20, 15:15, 21:9
**most** [2] - 16:7, 16:8
**motion** [21] - 4:10, 5:2, 7:12, 12:4, 14:22, 14:24, 15:13, 16:1, 19:5, 19:21, 20:19, 22:4, 22:19, 33:8, 36:3, 36:7, 38:16, 46:19, 47:12, 47:19, 47:24
**MOTION** [1] - 1:8
**motions** [1] - 4:13
**motive** [1] - 24:13
**move** [2] - 35:8, 44:21
**MOVED** [1] - 3:8
**MR** [94] - 4:5, 4:9, 4:12, 4:16, 4:22, 4:23, 5:1, 5:4, 5:10, 6:3, 6:8, 6:13, 7:1, 11:20, 13:11, 13:16, 14:5, 14:9, 14:16, 14:20, 15:4, 15:8, 15:21, 18:7, 18:11, 18:13, 18:19, 19:1, 19:15, 21:12, 22:12, 23:1, 23:15, 23:18, 24:3, 24:9, 24:10, 24:24, 26:5, 26:7, 26:16, 26:17, 26:21, 26:23, 27:4, 27:9, 27:13, 27:21, 33:12, 33:14, 33:18, 33:24, 34:7, 35:5, 35:16, 36:7, 36:22, 37:21, 37:25, 38:5, 38:12, 38:18, 38:21, 38:23, 38:24, 40:13, 40:14, 40:21, 40:25, 41:16, 41:20, 42:1, 42:6, 42:9, 42:11, 42:13, 42:14, 42:18, 44:4, 44:5, 44:10, 44:24, 45:5, 45:12, 46:20, 47:17, 48:4, 48:9, 48:11, 48:17, 48:22, 49:1, 49:4, 49:8
**music** [2] - 5:18, 16:13
**musician** [2] - 20:21, 36:25
**must** [1] - 48:18

## N

**name** [7] - 4:5, 7:23, 12:6, 36:23, 36:24, 39:25, 40:17
**named** [1] - 40:17
**names** [1] - 7:10
**narco** [20] - 5:21, 6:13, 6:18, 7:18, 7:20, 8:1, 8:6, 8:16, 9:12, 12:10, 18:14, 23:20, 37:6, 37:8, 37:10, 37:17, 45:24, 46:8, 46:9
**narcos** [1] - 9:13
**Narcotic** [1] - 1:12
**narrow** [1] - 13:7
**naturalized** [1] - 16:4
**NE** [1] - 1:13
**necessarily** [1] - 10:25
**necessary** [1] - 34:4
**need** [14] - 4:17, 6:11, 8:24, 15:2, 15:4, 24:5, 24:7, 24:24, 27:2, 27:18, 33:18, 39:23, 47:5, 48:3
**needs** [4] - 19:25, 24:12, 36:13, 41:24
**neighborhood** [1] - 23:8
**never** [2] - 41:18, 45:1
**new** [1] - 4:3
**New** [1] - 40:5
**next** [3] - 36:6, 38:6, 39:8
**night** [2] - 5:6, 11:21
**nilly** [1] - 20:22
**NO** [1] - 3:8
**nobody** [1] - 27:17
**noise** [1] - 27:9
**noon** [1] - 48:21
**Northern** [1] - 5:18
**nothing** [5] - 17:3, 21:12, 34:15, 44:15, 47:8
**NUMBER** [1] - 3:6
**number** [3] - 6:14, 6:15, 7:25
**numerous** [3] - 17:10, 38:18, 41:7
**NW** [1] - 1:17

## O

**oath** [2] - 24:11, 24:15
**Oath** [1] - 36:18
**object** [1] - 26:24
**objection** [3] - 17:14, 17:18, 26:23
**obligated** [1] - 24:12
**obscenity** [2] - 20:1, 20:5
**obtains** [1] - 21:21
**obviously** [1] - 18:7
**occasions** [1] - 44:6
**occurs** [1] - 23:22
**OF** [7] - 1:2, 1:3, 1:8, 1:11, 1:16, 49:15, 49:24
**OFF** [2] - 38:22, 42:10
**offense** [1] - 39:15
**offer** [3] - 10:22, 11:9, 22:8
**OFFICE** [1] - 1:16
**office** [2] - 9:2, 9:25
**OFFICIAL** [1] - 49:15
**Official** [1] - 2:2

**OJ** [1] - 21:13
**old** [1] - 48:10
**ON** [1] - 27:22
**on-the-record** [1] - 46:23
**once** [3] - 19:10, 22:6, 22:10
**one** [13] - 8:14, 10:23, 12:24,
  13:9, 13:13, 13:16, 23:13,
  34:19, 34:25, 37:15, 37:16,
  44:4
**Ones** [1] - 9:19
**operas** [1] - 16:12
**opportunity** [7] - 24:1, 24:3,
  24:25, 25:2, 33:24, 47:13,
  47:24
**oppressive** [2] - 20:12, 21:2
**options** [1] - 10:9
**or..** [1] - 13:10
**orders** [1] - 4:13
**outside** [3] - 10:8, 24:19,
  37:22
**own** [1] - 10:16

## P

**part** [3] - 4:16, 16:19, 16:20
**PARTE** [1] - 27:22
**parte** [7] - 25:4, 25:9, 25:22,
  25:23, 25:24, 26:2, 26:20
**participate** [2] - 9:24, 25:5
**participated** [1] - 44:18
**participating** [1] - 46:3
**participation** [1] - 45:14
**particular** [5] - 16:16, 34:10,
  45:8, 47:7
**particularly** [1] - 46:11
**parties** [3] - 13:1, 43:25,
  45:25
**Party** [1] - 1:23
**party** [1] - 25:23
**pause** [1] - 33:23
**pay** [1] - 10:15
**paying** [1] - 10:16
**pending** [1] - 22:19
**Pennsylvania** [1] - 1:17
**people** [9] - 6:14, 6:16,
  13:25, 16:2, 16:11, 16:17,
  16:19, 18:15, 46:11
**percent** [1] - 12:9
**perfectly** [3] - 4:20, 22:21,
  25:23
**perform** [1] - 37:6
**performed** [8] - 43:14, 43:17,
  43:18, 43:21, 43:22, 44:1,
  44:8, 47:8
**performer** [1] - 14:11
**performing** [1] - 45:25
**perhaps** [4] - 7:15, 12:25,
  38:2, 41:4
**period** [1] - 7:5

**permission** [1] - 8:9
**person** [7] - 6:17, 6:22,
  34:10, 42:25, 43:4, 43:8,
  43:10
**person's** [1] - 26:12
**personally** [1] - 37:10
**persuasive** [1] - 22:9
**Petitioner** [2] - 1:4, 1:11
**PGR** [1] - 9:2
**ph** [1] - 7:10
**phone** [6] - 23:13, 23:14,
  23:18, 23:22, 23:24, 43:8
**photographs** [1] - 12:15
**piece** [1] - 11:1
**pieces** [2] - 5:14, 7:17
**place** [3] - 7:4, 22:17, 43:5
**placed** [1] - 17:18
**places** [1] - 7:9
**play** [1] - 23:21
**played** [7] - 13:1, 43:21,
  43:22, 43:25, 44:8, 44:17,
  45:4
**playing** [1] - 45:25
**plead** [1] - 43:16
**pleadings** [1] - 5:23
**plus** [1] - 47:22
**podium** [1] - 34:2
**poetic** [1] - 17:9
**point** [8] - 6:9, 8:23, 13:18,
  19:4, 19:23, 22:23, 23:4,
  33:9
**pointing** [1] - 20:3
**popular** [4] - 5:19, 5:20,
  6:23, 10:1
**pornography** [1] - 20:5
**posing** [1] - 12:16
**position** [12] - 12:8, 12:11,
  12:18, 17:17, 17:19, 17:22,
  18:14, 19:10, 20:7, 24:12,
  27:1, 47:9
**possession** [1] - 10:6
**possibly** [1] - 25:10
**potential** [1] - 11:1
**potentially** [2] - 45:19, 45:23
**power** [1] - 46:9
**powerful** [1] - 8:25
**prefer** [1] - 22:20
**preferred** [1] - 9:12
**prefers** [1] - 9:7
**prejudicial** [3] - 11:7, 17:16,
  19:11
**preliminarily** [1] - 45:6
**preliminary** [1] - 22:14
**prepared** [2] - 24:20, 47:11
**preparing** [1] - 15:12
**presence** [3] - 4:17, 24:19,
  37:22
**present** [4] - 13:2, 44:1, 44:6,
  44:7

**pressures** [1] - 9:12
**pretty** [2] - 11:10, 48:16
**previously** [3] - 38:3, 39:5,
  44:18
**pride** [1] - 9:3
**principles** [1] - 5:12
**privilege** [3] - 41:9, 45:9,
  46:15
**pro** [1] - 4:10
**probative** [3] - 18:1, 19:11,
  20:15
**problem** [2] - 27:14, 27:15
**procedure** [2] - 12:20, 33:9
**proceed** [4] - 6:11, 24:20,
  35:23, 36:15
**Proceedings** [1] - 2:5
**proceedings** [2] - 33:23,
  49:18
**process** [4] - 20:8, 21:21,
  22:12, 22:15
**produced** [3] - 2:5, 16:13,
  17:13
**profession** [2] - 9:11, 12:5
**proffer** [19] - 8:23, 17:2, 18:6,
  18:8, 19:8, 22:5, 22:6,
  22:25, 25:3, 27:19, 33:7,
  34:4, 34:14, 34:20, 35:3,
  35:24, 35:25, 36:4, 36:8
**proffered** [1] - 17:24
**progress** [1] - 8:1
**promote** [2] - 18:16, 46:9
**promoting** [3] - 16:6, 16:16,
  46:2
**pronunciation** [1] - 37:3
**proof** [3] - 10:22, 11:9, 22:8
**proper** [2] - 12:20, 35:8
**proposed** [1] - 21:4
**proposition** [1] - 11:25
**prosecuting** [1] - 26:11
**prosecutor** [4] - 38:5, 41:3,
  45:21, 45:22
**protect** [2] - 41:13, 41:15
**provide** [4] - 15:13, 17:6,
  26:12, 44:11
**provided** [7] - 8:15, 13:21,
  15:10, 17:5, 20:16, 38:1,
  38:3
**provides** [1] - 18:1
**public** [2] - 12:9, 17:7
**publications** [1] - 12:16
**published** [1] - 15:11
**purchased** [1] - 15:11
**purpose** [2] - 10:18, 12:22
**purposes** [2] - 23:19, 33:12
**put** [13] - 4:25, 11:22, 12:17,
  12:20, 12:24, 15:16, 17:19,
  19:21, 22:13, 22:20, 22:21,
  24:1, 24:22
**puts** [4] - 20:24, 20:25, 39:14

**putting** [2] - 17:20, 20:6

## Q

**quash** [10] - 5:3, 7:12, 14:22,
  19:5, 19:8, 20:12, 21:9,
  22:5, 22:19, 33:8
**quashing** [1] - 20:11
**questions** [24] - 18:24, 22:7,
  22:22, 23:23, 33:11, 34:3,
  34:5, 34:8, 34:16, 34:25,
  35:2, 36:9, 38:8, 38:11,
  41:3, 41:21, 44:11, 44:22,
  44:25, 45:8, 45:16, 46:21,
  47:9, 47:22
**quickly** [3] - 4:19, 48:2,
  48:16
**Quintero** [34] - 1:23, 4:6,
  5:16, 7:3, 7:6, 7:9, 7:12,
  7:20, 8:1, 8:2, 8:8, 8:11,
  8:14, 10:5, 10:7, 11:6,
  11:15, 12:21, 13:20, 14:11,
  15:22, 16:16, 16:20, 17:4,
  17:11, 17:18, 17:22, 20:23,
  21:24, 23:1, 24:2, 36:24,
  38:25, 45:17
**QUINTERO** [2] - 3:3, 36:19
**Quintero's** [1] - 45:14
**Quintero-Lara** [9] - 1:23,
  5:16, 7:6, 7:20, 10:5, 10:7,
  11:6, 12:21, 13:20
**QUINTERO-LARA** [2] - 3:3,
  36:19
**Quintero-Lara's** [2] - 7:12,
  11:15
**quite** [2] - 25:12, 33:13
**quoted** [1] - 12:14

## R

**raise** [4] - 24:25, 34:19,
  36:16
**raised** [4] - 11:6, 11:13,
  11:20, 16:3
**rank** [1] - 9:14
**ranking** [1] - 7:6
**rap** [1] - 6:21
**rather** [4] - 4:19, 5:6, 9:22,
  11:24
**reached** [1] - 19:4
**read** [5] - 5:8, 15:18, 22:3
**ready** [4] - 9:4, 15:19, 22:21,
  49:2
**realize** [2] - 4:19, 41:14
**really** [8] - 5:13, 11:2, 17:17,
  21:6, 21:25, 25:24, 26:19,
  27:5
**reason** [4] - 8:13, 11:23,
  19:19, 25:20

**reasonable** [1] - 20:14, 21:3
**reasons** [2] - 20:22
**Rebecca** [1] - 49:17
**REBECCA** [1] - 2:1
**receive** [1] - 9:5
**received** [2] - 5:2, 8:2
**recess** [1] - 49:10, 49:11
**Recess** [1] - 49:12
**recitations** [1] - 12:12
**recognize** [3] - 18:21, 19:17, 19:20
**recognized** [1] - 9:1
**recognizes** [1] - 20:2
**record** [10] - 4:4, 4:25, 8:9, 10:11, 10:17, 35:2, 36:8, 36:23, 46:23, 49:18
**RECORD** [3] - 27:22, 38:22, 42:10
**recorded** [6] - 8:8, 13:19, 43:14, 43:17, 43:21, 43:22
**RECROSS** [1] - 3:2
**recruited** [1] - 9:14
**REDIRECT** [1] - 3:2
**reference** [1] - 7:12
**references** [1] - 7:8
**referred** [3] - 6:21, 37:6, 45:12
**refrain** [1] - 9:3
**refusal** [1] - 12:3
**refuse** [1] - 19:19
**refused** [2] - 10:10, 10:12
**refuses** [1] - 48:25
**regard** [15] - 14:21, 15:16, 15:22, 16:21, 16:22, 17:14, 19:16, 19:22, 20:5, 22:12, 23:15, 25:3, 34:19, 41:21
**registered** [1] - 39:24
**regulations** [1] - 20:4
**relate** [1] - 26:9
**related** [1] - 19:24
**relevant** [3] - 19:19, 19:24, 20:10
**remedies** [1] - 35:7
**remotely** [1] - 18:17
**renew** [1] - 22:8
**reply** [1] - 15:19
**reported** [1] - 2:5
**REPORTER** [2] - 49:15, 49:24
**Reporter** [2] - 2:1, 2:2
**representation** [1] - 34:3
**represented** [1] - 44:19
**reprisal** [1] - 12:2
**request** [2] - 10:13, 40:9
**requisite** [1] - 13:5
**resolve** [1] - 44:12
**respect** [1] - 39:11
**respected** [1] - 8:25
**respectfully** [1] - 40:25

**respond** [1] - 44:23
**Respondent** [2] - 1:6, 1:16
**response** [1] - 5:3
**retained** [1] - 38:12
**retribution** [1] - 19:18
**reveal** [2] - 20:7, 42:3
**review** [1] - 8:18
**reviewed** [2] - 8:21, 18:4
**RICHARD** [2] - 1:16, 1:17
**rights** [1] - 39:2
**risks** [1] - 21:22
**road** [1] - 13:6
**Road** [1] - 1:20
**romance** [1] - 16:14
**Room** [1] - 2:2
**ROTHSTEIN** [1] - 1:8
**row** [1] - 5:16
**RPR** [1] - 2:1
**Rule** [1] - 20:11
**ruled** [1] - 33:7
**rules** [3] - 5:13, 5:14, 11:11
**ruling** [2] - 6:4, 33:7

**S**

**Samuel** [1] - 40:17
**San** [4] - 1:24, 15:9, 27:7, 27:10
**sandbag** [1] - 14:23
**sat** [3] - 13:19, 16:23, 21:14
**save** [1] - 14:7
**saw** [1] - 13:10
**scenario** [2] - 8:20, 10:2
**scenarios** [1] - 8:11
**scope** [1] - 36:9
**screen** [1] - 39:9
**SEALED** [1] - 27:22
**seated** [1] - 5:16
**Second** [1] - 1:13
**second** [4] - 9:9, 11:13, 36:2, 45:7
**seconds** [4] - 24:5, 24:6, 33:14
**Section** [1] - 1:12
**see** [7] - 6:9, 6:11, 15:15, 21:25, 22:5, 39:23, 40:13
**seeks** [1] - 35:20
**self** [1] - 46:16
**self-incriminate** [1] - 46:16
**sell** [1] - 5:19
**send** [2] - 8:4
**sense** [1] - 20:20
**series** [1] - 35:20
**served** [1] - 10:14
**service** [1] - 9:16
**sets** [1] - 12:4
**several** [1] - 35:7
**shape** [2] - 10:12, 10:16

**short** [1] - 15:10
**shorthand** [1] - 2:5
**show** [2] - 14:2, 37:21
**shy** [1] - 23:9
**side** [2] - 11:18, 20:17
**sides** [2] - 9:12, 47:14
**Sierra** [1] - 7:10
**sIGNATURE** [1] - 49:24
**signed** [1] - 4:12
**similar** [1] - 17:23
**similarly** [1] - 20:9
**simple** [1] - 12:1
**simply** [5] - 12:11, 12:12, 26:24, 39:20, 44:17
**Simpson** [1] - 21:13
**Sinaloa** [1] - 6:16
**sing** [3] - 21:25, 37:7, 37:8
**singer** [1] - 37:2
**singing** [2] - 12:10, 14:12
**sings** [1] - 37:11
**situated** [1] - 20:9
**situation** [3] - 5:10, 39:16, 42:17
**slights** [1] - 20:23
**slow** [1] - 15:4
**slower** [2] - 15:3, 15:4
**small** [1] - 16:19
**smallest** [1] - 20:22
**so-called** [1] - 18:14
**soap** [1] - 16:12
**someone** [2] - 20:7, 26:11
**sometimes** [1] - 6:20
**somewhat** [3] - 5:11, 5:23, 11:21
**song** [55] - 6:21, 6:24, 7:2, 7:4, 8:24, 10:25, 11:2, 11:14, 13:10, 14:11, 17:3, 17:4, 17:6, 17:8, 17:9, 17:11, 17:12, 17:22, 17:23, 17:25, 18:3, 21:15, 21:16, 21:24, 23:2, 25:16, 34:8, 34:12, 34:21, 37:25, 39:1, 39:6, 39:10, 39:18, 39:21, 39:24, 40:15, 40:16, 43:1, 43:6, 43:12, 43:14, 43:17, 43:22, 43:23, 44:1, 44:7, 44:17, 45:4, 45:21, 46:21, 47:1, 47:7
**songs** [6] - 6:17, 6:22, 16:7, 21:20, 37:6, 37:8, 39:18, 45:13, 46:11
**Sooner** [1] - 9:10
**sorry** [1] - 27:11
**sort** [5] - 11:1, 13:7, 13:8, 16:8, 46:12
**sorts** [2] - 16:14, 46:6
**sound** [1] - 27:14
**South** [1] - 1:18
**Spanish** [4] - 17:25, 40:6, 40:10, 40:12

**speaks** [2] - 24:15, 33:20
**specific** [1] - 16:21
**speculating** [1] - 45:1
**speculation** [1] - 45:6
**spend** [2] - 11:19, 16:9
**spoken** [1] - 42:22
**squad** [1] - 9:4
**stand** [16] - 12:21, 12:24, 18:23, 20:24, 22:6, 22:13, 22:20, 22:22, 23:1, 24:2, 24:22, 33:10, 34:4, 35:1, 35:19, 36:1
**standard** [6] - 20:14, 26:7, 26:14, 45:15, 46:15
**start** [4] - 14:21, 15:23, 33:15, 40:24
**starting** [1] - 19:17
**state** [2] - 16:24, 36:23
**statement** [2] - 18:20, 26:22
**statements** [4] - 8:14, 11:4, 12:5, 26:12
**STATES** [3] - 1:1, 1:3, 1:9
**States** [2] - 10:15, 44:16
**states** [1] - 12:8
**step** [3] - 36:6, 36:13, 48:21
**still** [3] - 9:15, 19:5, 48:25
**Stonestreet** [1] - 49:17
**STONESTREET** [1] - 2:1
**stop** [3] - 12:19, 36:16, 41:10
**story** [2] - 7:18, 15:10
**straightforward** [1] - 46:4
**Street** [2] - 1:13, 1:23
**strike** [1] - 43:8
**string** [1] - 11:24
**strong** [3] - 21:4, 21:5, 24:13
**submitted** [1] - 8:18
**subpoena** [9] - 10:13, 10:14, 19:5, 19:8, 20:6, 20:11, 20:12, 21:9
**subpoenaed** [1] - 20:23
**substantially** [1] - 8:6
**substantive** [1] - 34:5
**successful** [1] - 16:5
**sufficient** [1] - 12:2
**suggest** [1] - 10:17
**suggested** [2] - 8:17, 18:18
**suggesting** [1] - 22:13
**Suite** [2] - 1:18, 1:21
**Sunday** [1] - 15:12
**support** [3] - 11:5, 36:7, 47:3
**surprising** [1] - 41:10
**swear** [1] - 24:21
**sworn** [6] - 33:10, 34:2, 35:1, 36:14, 36:17, 36:20
**sympathetic** [1] - 12:18
**system** [1] - 27:14

## T

tactical [1] - 14:23
talks [1] - 8:24
tantamount [1] - 10:6
teenager [1] - 15:24
telephone [9] - 7:2, 7:19,
  8:13, 13:20, 40:18, 42:22,
  42:25, 43:5, 43:11
tend [1] - 49:8
tendency [3] - 26:12, 45:16,
  46:15
tens [1] - 16:18
test [3] - 19:25, 20:14
testified [1] - 36:20
testifies [2] - 19:9, 23:2
testify [7] - 11:23, 12:3,
  19:19, 21:3, 39:3, 39:12,
  46:7
testifying [5] - 12:2, 18:6,
  26:25, 41:9, 41:11
testimony [10] - 5:21, 11:22,
  18:8, 19:13, 20:15, 21:4,
  21:5, 34:19, 35:19, 46:5
THE [79] - 1:2, 1:8, 4:2, 4:8,
  4:11, 4:15, 4:19, 4:24, 5:2,
  5:7, 5:25, 6:6, 6:10, 6:25,
  11:18, 13:7, 13:14, 13:23,
  14:7, 14:13, 14:18, 15:2,
  15:6, 15:18, 18:2, 18:10,
  18:12, 18:17, 19:7, 21:10,
  22:2, 22:16, 23:9, 23:17,
  23:25, 24:6, 25:7, 26:15,
  26:19, 27:2, 27:5, 27:11,
  27:15, 27:22, 33:6, 33:16,
  33:22, 34:23, 35:22, 36:12,
  37:24, 38:10, 38:14, 38:20,
  38:22, 40:8, 40:11, 40:23,
  41:14, 41:17, 41:23, 42:5,
  42:8, 42:10, 42:12, 42:16,
  44:23, 45:3, 45:11, 47:10,
  47:18, 48:6, 48:10, 48:13,
  48:18, 48:23, 49:2, 49:7,
  49:10
theory [5] - 13:13, 13:18,
  24:14, 46:4, 46:13
therein [1] - 22:4
they've [1] - 45:1
thick [1] - 9:21
thinking [4] - 22:16, 47:10,
  47:14, 47:20
thinks [2] - 35:10, 41:4
thousands [1] - 16:18
threshold [2] - 46:17, 46:21
throughout [1] - 4:17
throwing [1] - 36:5
ticket [1] - 15:11
Tijuana [2] - 5:18, 37:3
timing [4] - 14:22, 15:17,

15:20, 47:6
Title [1] - 35:20
titled [1] - 43:2
tomorrow [1] - 15:15
took [3] - 7:4, 41:2, 43:5
tool [2] - 18:15, 46:12
Torriente's [1] - 49:5
touched [1] - 11:25
trade [1] - 18:15
traditional [1] - 24:17
traffickers [1] - 9:16
trafficking [1] - 6:19
TRANSCRIPT [1] - 1:8
transcript [2] - 2:5, 49:18
transcription [1] - 2:5
translator [3] - 38:4, 40:1,
  40:5
travel [2] - 10:15, 10:16
Tres [13] - 7:2, 7:3, 7:6, 7:19,
  7:20, 7:25, 8:3, 17:11,
  21:24, 23:20, 40:18, 40:19,
  46:22
trial [2] - 10:8, 16:23
trip [1] - 15:17
true [3] - 15:23, 18:24, 40:15
truth [1] - 24:13
try [3] - 14:5, 14:9, 41:19
trying [3] - 14:22, 18:20,
  41:10
Tucanes [6] - 5:17, 15:22,
  37:2, 37:15, 43:15, 43:19
two [8] - 5:14, 7:17, 8:14,
  10:23, 13:8, 24:10, 34:25,
  35:22
tying [1] - 25:17
type [2] - 16:6, 16:13
types [2] - 37:7, 37:8

## U

U.S [2] - 1:11, 2:2
U.S.C [1] - 35:16
ultimately [2] - 17:21, 41:14
under [11] - 8:20, 10:13,
  11:11, 17:16, 24:11, 24:14,
  34:21, 35:16, 35:20, 39:2,
  39:24
understood [1] - 45:5
unfortunate [1] - 16:15
unique [1] - 5:11
United [2] - 10:15, 44:16
UNITED [3] - 1:1, 1:3, 1:9
unless [2] - 11:16, 13:4
unnecessary [1] - 21:6
unreasonable [1] - 20:13
up [6] - 4:19, 7:10, 16:3,
  19:1, 27:16, 47:20
urge [1] - 26:2

## V

VA [1] - 1:21
vacuum [1] - 19:12
valid [2] - 26:4, 45:9
valuable [1] - 10:20
value [6] - 18:1, 19:11,
  19:12, 20:15, 21:3
various [5] - 5:23, 10:9,
  12:16, 46:9
verify [1] - 39:9
version [2] - 43:21, 43:23
versus [4] - 19:11, 20:16,
  21:3, 45:13
vice [1] - 4:10
video [2] - 10:1, 14:12
violates [1] - 39:14
violence [4] - 16:14, 19:16,
  19:18, 46:11
Virginia [1] - 4:18
virtually [1] - 11:25
virtue [1] - 5:23
voir [4] - 10:21, 12:21, 24:18,
  33:13
VOIR [1] - 36:21

## W

wait [1] - 11:18
waiting [1] - 6:4
wants [7] - 16:15, 21:20,
  21:21, 24:21, 25:3, 34:18,
  42:6
war [1] - 16:18
WARREN [47] - 1:23, 4:5,
  4:23, 14:20, 15:4, 15:8,
  15:21, 18:7, 18:11, 18:13,
  19:1, 19:15, 22:12, 24:3,
  24:9, 24:24, 26:7, 26:17,
  26:21, 27:4, 27:9, 27:13,
  27:21, 33:14, 33:24, 35:16,
  38:5, 38:12, 38:18, 38:21,
  38:23, 40:21, 40:25, 41:16,
  42:1, 42:6, 42:9, 42:11,
  44:24, 45:5, 45:12, 47:17,
  48:4, 48:9, 48:11, 48:22,
  49:1
Warren [20] - 4:6, 4:8, 4:10,
  4:20, 13:8, 14:18, 18:18,
  22:2, 23:6, 23:25, 24:20,
  34:23, 38:11, 38:15, 41:14,
  41:23, 44:23, 47:11, 48:2,
  48:23
Washington [4] - 1:14, 1:18,
  2:3, 27:7
watched [1] - 10:1
water [1] - 23:6
weapons [2] - 9:5, 46:11

week [1] - 15:13
weeks [1] - 25:13
weigh [4] - 19:10, 21:2, 21:7
West [1] - 1:23
white [1] - 27:9
whole [2] - 5:5, 5:7
wife [1] - 21:15
Wikipedia [1] - 47:5
wildly [1] - 6:23
willing [2] - 25:23, 25:25
willy [1] - 20:22
willy-nilly [1] - 20:22
win [1] - 46:14
Wing [1] - 1:13
wire [1] - 7:4
withstand [1] - 9:12
witness [28] - 4:7, 10:22,
  11:4, 11:5, 19:4, 20:23,
  20:24, 21:17, 21:22, 22:7,
  22:10, 22:13, 23:15, 24:18,
  24:22, 33:9, 33:10, 33:20,
  34:4, 35:19, 36:1, 36:13,
  36:19, 37:22, 44:22, 48:21,
  49:5
WITNESS [2] - 3:2, 42:16
witness' [1] - 44:13
witnesses [1] - 46:7
women [1] - 9:21
world [1] - 8:19
worried [1] - 15:6
worry [1] - 15:20
write [12] - 7:20, 8:16, 17:22,
  21:14, 21:20, 23:20, 37:6,
  37:10, 37:14, 37:19, 40:16
writes [3] - 37:13, 37:15,
  37:16
writing [9] - 17:3, 17:8,
  25:10, 25:11, 34:11, 45:24,
  47:1, 48:11, 48:15
written [9] - 6:13, 6:14, 6:18,
  6:21, 8:16, 18:3, 39:18,
  43:18, 44:17
wrote [13] - 6:24, 17:23,
  21:16, 34:8, 34:21, 39:10,
  39:17, 39:21, 39:24, 40:15,
  43:1, 46:21, 47:7

## Y

Yankee [1] - 7:1
Yanqui [16] - 6:24, 7:1, 7:21,
  8:24, 9:4, 9:15, 9:20,
  37:17, 38:1, 39:1, 40:15,
  43:2, 43:18, 44:2, 44:7
years [1] - 15:25
York [1] - 40:5
yourself [1] - 18:3
YouTube [8] - 9:24, 10:2,
  13:24, 13:25, 14:1, 14:3,

14:10, 14:14

# Z

**Zetas** [1] - 9:20